UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDER                              :

v.                                  :   NO. 3:02cv1956 (JBA)

BYK-CHEMIE USA, INC., ET AL         :

FILED
MAR 16   12 05 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## O R D E R

The Court's Ruling on Motion for Summary Judgment having issued this date, the following schedule is ordered:

1. The parties' are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference. [See Order of Referral.]

2. A telephonic status conference will be held April 1, 2004 at 2:00 p.m. Attorney Lissitzyn shall initiate the conference call. Chambers: 203-773-2456. Status reports to be submitted to chambers on or before March 29, 2004 [see format attached].

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **March 16, 2004**

CASE NO:   3:02cv1956 (JBA)

---

TO:     COUNSEL OF RECORD:

---

THE PARTIES SHALL INDIVIDUALLY SUBMIT TO THE CHAMBERS OF THE HONORABLE JANET BOND ARTERTON [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT on or before **March 29, 2004**, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;
    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM;
    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND
    (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK