UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDER                              :

v.                                  :    NO. 3:02cv1956 (JBA)

BYK-CHEMIE USA, INC., ET AL         :

FILED
MAR 16  12:05 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔ - Settlement Conference:
    *(Orefmisc.cnf)*

- Supervising discovery and resolving discovery disputes:
    *(Orefmisc.dscv)*

- Ruling On:
    *(Orefm.)*

- Referred for hearing:
    *(Orefcs.)*

                                        IT IS SO ORDERED.

                                        /Janet Bond Arterton
                                        United States District Judge

Dated at New Haven, Connecticut: **March 16, 2004**