IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
: 
GILBERT E. LINDER : 3:02 CV 1956 (JGM)
: 
v. : 
: 
BYK-CHEMIE USA, INC. ET AL. : DATE: NOVEMBER 10, 2004
: 
------------------------------------------------------------x

MEMORANDUM OF STATUS CONFERENCE

Date of Conference:  November 10, 2004

Attorneys Present:   Lawrence H. Lissitzyn, Esq.
                     (For Plaintiff)(by telephone)

                     Michael G. Monnolly, Esq.
                     (For Defendants)(by telephone)

DISCUSSIONS

Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, **on or before December 10, 2004**, counsel will file simultaneous briefs regarding the issue of attorney-client privilege in this ERISA action, if necessary; counsel may file reply briefs **on or before December 17, 2004**.

2. By further agreement of counsel, all fact discovery shall be completed **on or before March 11, 2005**.

3. A continued status conference will be scheduled thereafter to address, _inter alia_, whether expert discovery is appropriate and the filing of cross-motions for summary judgment.

4. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 10th day of November, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge