## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT E. LINDER,** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | **3:02 CV 1956 (JGM)** |
| | : | |
| **vs.** | : | |
| | : | **December 10, 2004** |
| **BYK-CHEMIE USA, INC., in its capacity as** | : | |
| **Plan Sponsor of the RETIREMENT PLAN OF** | : | |
| **BYK-CHEMIE USA INC., and the** | : | |
| **SUPPLEMENTAL RETIREMENT PLAN OF** | : | |
| **BYK-CHEMIE USA INC.,** | : | |
| **Defendants** | : | |
| | : | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff Gilbert E. Linder

December 10, 2004
Date

Robert Hoff,          ct25382
REID and RIEGE, P.C.
One Financial Plaza  755 Main Street
Hartford, CT 06103-3185
Tel. (860) 240-1098   Fax. (860) 240-1002
rhoff@reidandriege.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was served, via electronic mail, this 10th day of December, 2004, to the following:

Michael G. Monnolly, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Charles F. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950

Robert Hoff

16822.000/375662.1