IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER, | CIVIL ACTION NO. 3:02 CV 1956 (JGM) |
| Plaintiff, | |
| vs. | December 10, 2004 |
| BYK-CHEMIE USA, INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC., | |
| Defendants. | |

**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE RELATIVE TO FIDUCIARY EXCEPTION TO THE ATTORNEY CLIENT PRIVILEGE**

COMES NOW BYK-Chemie USA, Inc., the Supplemental Retirement Plan of BYK-Chemie USA Inc., (collectively the "Defendants") and Gilbert E. Linder (Plaintiff) and hereby move this Honorable Court to extend the deadline for briefing the issue of application of the fiduciary exception to the attorney client privilege. In support of said Motion, the parties show the Court as follows:

1. On or about November 10, 2004 the parties held a conference with the Court to discuss scheduling matters in the instant case. In the course of this conference the parties agreed to submit briefs addressing the application of the attorney client privilege to certain communications which Plaintiff's counsel intended on seeking in discovery.

ATL01/11805643v1

2. The parties agreed that Plaintiff would serve his discovery requests on or about November 15, 2004. As a result of an illness in the family, Plaintiffs counsel was unable to serve his discovery requests on Defendant until November 23, 2004. Because of the Thanksgiving holiday, defense counsel was unable to transmit the discovery requests to its client until November 29, 2004.

3. Given the scope of the discovery requests, Defendant anticipates that it will require at least another week to compile responsive materials and prepare its privilege log. The parties further anticipate that they will require an additional two weeks to prepare and file their respective briefings.

4. The parties have already begun to discuss application of the fiduciary exception to certain responsive documents / communications. Based on these preliminary discussions, the parties believe that a three week extension of the deadline will enable them to further narrow the range of communications that will ultimately be subject to the briefing and perhaps reach an agreement with respect to all such communications; thus negating the need to brief these issues.

5. Accordingly, the parties respectfully request that this Court extend the briefing schedule as follows: the parties will simultaneously submit briefs on the privilege issues on or before January 3, 2005; if necessary, counsel will file reply briefs on or before January 10, 2005.

Wherefore, the parties respectfully request that the Court grant their Motion to Extend the Briefing schedule as set forth above.

BY:                                                                 BY:

*/s/ Robert Hoff*
_____          _____
Lawrence H. Lissitzyn  ct05356              Michael G. Monnolly, Esq.
Robert Hoff                   ct25382
Reid and Riege PC                              Alston & Bird LLP
One Financial Plaza  755 Main Street    1201 West Peachtree Street
Hartford, CT 06103                             Atlanta, GA 30309-3424
Tel. (860) 240-1098  Fax. (860) 240-1002   (404) 881-7497
                                                             Federal Bar No.: