UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT E. LINDER,<br>    Plaintiff | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:02cv1956 (JGM) |
| v. | : | |
| | : | |
| BYK-CHEMIE USA INC., in its Capacity<br>as Plan Sponsor of the RETIREMENT<br>PLAN OF BYK-CHEMIE USA INC., and<br>the SUPPLEMENTAL RETIREMENT<br>PLAN OF BYK-CHEMIE USA INC., | : : : : : | |
|     Defendants | : | DECEMBER 29, 2004 |

**SECOND JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE RELATIVE TO
<u>FIDUCIARY EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE</u>**

    COMES NOW Gilbert E. Linder ("Plaintiff") and BYK-Chemie USA, Inc., the Supplemental Retirement Plan of BYK-Chemie USA, Inc. (collectively the "Defendants") and hereby move this Honorable Court to extend the deadline for briefing the issue of application of the fiduciary exception to the attorney-client privilege. In support of said Motion, the parties show the Court as follows:

    1.    On or about November 10, 2004, the parties held a conference with the Court to discuss scheduling matters in the instant case, including an agreement to submit briefs addressing the application of the fiduciary exception to the attorney-client privilege relative to the requested production of certain communications between the defendants and their counsel.

    2.    On December 10, 2004, the parties filed a Joint Motion to Extend the Briefing Schedule Relative to Fiduciary Exception to the Attorney-Client Privilege

16822.000/376981.1

("December 10, 2004 Joint Motion").

3. Pursuant to the December 10, 2004 Joint Motion, the parties anticipated that the Defendants would prepare a privilege log and submit it to the Plaintiff on or about December 17, 2004.

4. Pursuant to the December 10, 2004 Joint Motion, the parties requested additional time to discuss the application of the fiduciary exception to certain responsive documents/communications and to narrow the range of communications and to possibly reach an agreement regarding the communications. The parties would then file simultaneous briefs on the privilege issues on or before January 3, 2005 and; if necessary, reply briefs on or about January 10, 2005.

5. The Plaintiff received the Privilege Log from the Defendants on or about December 22, 2004.

6. The Parties have scheduled a call for December 30, 2004 at 10:00 a.m. to discuss the issues regarding the fiduciary exception to the attorney-client privilege with respect to the requested documents/communications.

7. Accordingly, the Parties respectfully request that this Court extend the briefing schedule, if necessary, as follows: The parties will simultaneously submit briefs on the privilege issue on or before January 18, 2005 and; if necessary, counsel will file reply briefs on or before January 25, 2005.

16822.000/376958.1

WHEREFORE, the parties respectfully request that the Court grant their Motion to Extend the Briefing Schedule as set forth above.

BY: *[signature]*
_____
Lawrence H. Lissitzyn    ct05356
Robert Hoff              ct25382
Reid and Riege, P.C.
One Financial Plaza   755 Main Street
Hartford, CT 06103
Tel: (860) 240-1098   Fax: (860) 240-1002
llissitzyn@reidandriege.com
rhoff@reidandriege.com

BY: *[signature]*
_____
Michael G. Monnolly, Esquire
Federal Bar No. CT24620
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel. (404) 881-7497
    mmonnolly@alston.com

16822.000/376958.1