UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT E. LINDER,<br>    Plaintiff | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:02cv1956 (JGM) |
| v. | : | |
| | : | |
| BYK-CHEMIE USA INC., in its Capacity<br>as Plan Sponsor of the RETIREMENT<br>PLAN OF BYK-CHEMIE USA INC., and<br>the SUPPLEMENTAL RETIREMENT<br>PLAN OF BYK-CHEMIE USA INC.,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br>JANUARY 18, 2004 |

### THIRD JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE RELATIVE TO FIDUCIARY EXCEPTION TO THE ATTORNEY-CLIENT PRIVILEGE

COMES NOW Gilbert E. Linder ("Plaintiff"), with the consent of BYK-Chemie USA, Inc., the Supplemental Retirement Plan of BYK-Chemie USA, Inc. (collectively the "Defendants") and hereby move this Honorable Court to extend the deadline for briefing the issue of application of the fiduciary exception to the attorney-client privilege. In support of said Motion, the parties show the Court as follows:

1.  On or about November 10, 2004, the parties held a conference with the Court to discuss scheduling matters in the instant case, including an agreement to submit briefs addressing the application of the fiduciary exception to the attorney-client privilege relative to the requested production of certain communications between the defendants and their counsel.

2.  The parties had filed a motion to extend the briefing schedule agreed upon at the November 10, 2004 until January 18, 2005 to give them an opportunity to attempt to reach an agreement regarding the discovery issues and the fiduciary exception to the attorney-client privilege.

16822.000/378419.1

3.      On Thursday, January 13, 2005, The Defendants produced a more detailed privilege log and gave the Plaintiff an opportunity to review other documents in hopes of reaching an agreement regarding the discovery issues involving the fiduciary exception to the attorney Client privilege. The parties have agreed to continue discussing a possible agreement.

4.      Accordingly, the Parties respectfully request that this Court extend the briefing schedule as follows: The parties will simultaneously submit briefs on the privilege issue on or before January 28, 2005 and; if necessary, counsel will file reply briefs on or before February 4, 2005.

WHEREFORE, the parties respectfully request that the Court grant their Motion to Extend the Briefing Schedule as set forth above.

PLAINTIFF,

By: _____
Lawrence H. Lissitzyn      ct05356
Robert Hoff                ct25382
Reid and Riege, P.C.
One Financial Plaza   755 Main Street
Hartford, CT 06103
Tel: (860) 240-1098   Fax: (860) 240-1002
llissitzyn@reidandriege.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion was served via first-class mail, postage prepaid, this 18th day of January, 2005, to:

Charles F. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950

Michael G. Monnolly, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

_____
Lawrence H. Lissitzyn

3

16822.000/378419.1