UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER,<br>    Plaintiff | CIVIL ACTION NO.<br>3:02 CV 1956 (JGM) |
| vs. | |
| BYK-CHEMIE USA, INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC.,<br>    Defendants | February 17, 2005 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiff Gilbert E. Linder

February 17, 2005
Date

_/s/ Todd S. Federico_
Todd S. Federico,         ct25163
REID and RIEGE, P.C.
One Financial Plaza  755 Main Street
Hartford, CT 06103-3185
Tel. (860) 240-1012   Fax. (860) 240-1002
tfedericof@reidandriege.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was served, via electronic mail, this 17th day of February, 2005, to the following:

Michael G. Monnolly, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Charles F. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950

_/s/ Todd S. Federico_
Todd S. Federico