IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
GILBERT E. LINDER                          :        3:02 CV 1956 (JGM)
:
v.                                         :
:
BYK-CHEMIE USA, INC. ET AL.                :        DATE: MARCH 24, 2005
:
---------------------------------------------------------x

ORDER

    1. By agreement of counsel, all fact discovery shall be completed **on or before May 20, 2005**.

    2. By further agreement of counsel, plaintiff shall disclose his expert report(s) **on or before June 17, 2005**.

    3. By further agreement of counsel, defendants shall disclose their expert report(s) **on or before June 24, 2005**.

    4. Expert depositions, if any, shall be completed **on or before July 29, 2005**.

    5. By further agreement of counsel, all motions for summary judgment shall be filed **on or before August 17, 2005**, all briefs in opposition shall be filed **on or before September 7, 2005**, and all reply briefs shall be filed **on or before September 21, 2005**.

    6. The Magistrate Judge is available for conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 24th day of March, 2005.

SO ORDERED.

_____/s/_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE