UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT E. LINDER,** | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 02-CV-1956 (JGM) |
| v. | : | |
| | : | |
| **BYK-CHEMIE USA, INC.,** in its | : | |
| **Capacity as Plan Sponsor of the** | : | |
| **RETIREMENT PLAN OF BYK-CHEMIE** | : | |
| **USA INC., and the SUPPLEMENTAL** | : | |
| **RETIREMENT PLAN OF BYK-** | : | |
| **CHEMIE USA INC.,** | : | |
| Defendants. | : | June 23, 2005 |

**JOINT MOTION TO EXTEND DEADLINES SET BY
COURT'S MARCH 24, 2005 SCHEDULING ORDER**

COMES NOW Defendants BYK-Chemie USA, Inc., the Supplemental Retirement Plan of BYK-Chemie USA Inc. and Plaintiff Gilbert E. Linder (the "Parties") and hereby moves the Court for an order extending the deadlines set by the Court's March 24, 2005 Scheduling Order by ten (10) business days. In support of said Motion, the Parties show the Court as follows:

1. Under the current Scheduling Order, Defendants are required to make their expert disclosures on or before June 24, 2005. The Parties are currently engaged in dialogue over the necessity of using experts in this matter. The Parties anticipate that this issue will be resolved in the next few days.

2. In the event Defendant designates an expert in this matter it will require additional time to identify an expert and file the necessary report with the Court. Defendants believe that a ten (10) business day extension of the current deadline will facilitate the Parties' discussion concerning this issue without unduly delaying the proceedings.

16822.000/389373.1

3.  Furthermore, in the event Defendants designate an expert in this matter, Plaintiff would like the opportunity to designate a rebuttal expert. Accordingly, the Parties further request that Plaintiff be given ten (10) business days from the date of Defendants' deadline for filing expert reports to designate a rebuttal expert, as set forth more particularly on the attached proposed scheduling order.

4.  Moreover, we note that the Parties have resolved among themselves the application of the attorney-client privilege to a wide variety of documents with respect to the admissibility of those documents in their respective motions for summary judgment.

5.  In light of the extension sought with respect to the Parties' expert disclosures and certain scheduling conflicts with respect to Plaintiff's counsel, the Parties also respectfully request that all other deadlines in this matter be extended by ten (10) business days as set forth more particularly on the attached proposed scheduling order.

6.  The Parties show that this is the first time they have sought an extension of this deadline and that said extension is not being interposed to delay the proceedings.

This 23rd day of June, 2005.

| Respectfully submitted, | Respectfully submitted: |
| THE DEFENDANTS | THE PLAINTIFF |
| | |
| BY: | BY: |
| _____ | _____ |
| Michael G. Monnolly | Lawrence H. Lissitzyn |
| ALSTON & BIRD LLP | REID AND RIEGE, P.C. |
| One Atlantic Center | One Financial Plaza 21st Floor |
| 1201 West Peachtree Street | 755 Main Street |
| Atlanta, GA 30309-3424 | Hartford, CT 06103 |
| (404) 881-7816 | (860) 240-1098 |
| Federal Bar No.: ct24620 | Federal Bar No.: ct05356 |

16822.000/389373.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT E. LINDER,** | : | CIVIL ACTION NO. |
| **Plaintiff,** | : | |
| | : | 02-CV-1956 (JGM) |
| v. | : | |
| | : | |
| **BYK-CHEMIE USA, INC.,** in its | : | |
| Capacity as Plan Sponsor of the | : | |
| **RETIREMENT PLAN OF BYK-CHEMIE** | : | |
| **USA INC.,** and the **SUPPLEMENTAL** | : | |
| **RETIREMENT PLAN OF BYK-** | : | |
| **CHEMIE USA INC.,** | : | |
| **Defendants.** | : | DATE: _____, 2005 |

## O R D E R

1. By agreement of counsel, Defendants shall disclose their expert report(s) on or before July 11, 2005.

2. By further agreement of counsel, Plaintiff shall have the opportunity to designate a rebuttal expert. Plaintiff shall disclose his expert report(s) on or before July 25, 2005.

3. Expert depositions, if any, shall be completed on or before August 12, 2005.

4. By further agreement of counsel, all motions for summary judgment shall be filed on or before August 31, 2005, all briefs in opposition shall be filed on or before September 21, 2005, and all reply briefs shall be filed on or before October 5, 2005.

5. The Magistrate Judge is available for conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this \_\_\_ of _____, 2005

SO ORDERED.

_____
Joan G. Margolis,
United States Magistrate Judge

16822.000/389373.1