UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER,<br>Plaintiff, | : CIVIL ACTION NO.<br>:<br>: 02-CV-1956 (JGM) |
| v. | : |
| BYK-CHEMIE USA, INC., in its<br>Capacity as Plan Sponsor of the<br>RETIREMENT PLAN OF BYK-CHEMIE<br>USA INC., and the SUPPLEMENTAL<br>RETIREMENT PLAN OF BYK-<br>CHEMIE USA INC.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: DATE: June 27, 2005 |

FILED
2005 JUN 28  P 2: 17
S. DISTRICT COURT
NEW HAVEN, CT

## ORDER

1. By agreement of counsel, Defendants shall disclose their expert report(s) on or before July 11, 2005.

2. By further agreement of counsel, Plaintiff shall have the opportunity to designate a rebuttal expert. Plaintiff shall disclose his expert report(s) on or before July 25, 2005.

3. Expert depositions, if any, shall be completed on or before August 12, 2005.

4. By further agreement of counsel, all motions for summary judgment shall be filed on or before August 31, 2005, all briefs in opposition shall be filed on or before September 21, 2005, and all reply briefs shall be filed on or before October 5, 2005.

5. The Magistrate Judge is available for conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 27th day of June, 2005

SO ORDERED.

Joan G. Margolis,
United States Magistrate Judge

16822.000/389373.1