ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG 25 A 9: 30

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| GILBERT E. LINDER, | CIVIL ACTION NO. 02-CV-1956 (JGM) |
| Plaintiff, | |
| v. | |
| BYK-CHEMIE USA, INC., in its Capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC., | |
| Defendants. | August 24, 2005 |

**JOINT MOTION TO EXTEND DEADLINES
FOR FILING SUMMARY JUDGMENT MOTIONS**

COMES NOW Defendants BYK-Chemie USA, Inc., the Supplemental Retirement Plan of BYK-Chemie USA Inc. and Plaintiff Gilbert E. Linder (the "Parties") and hereby moves the Court for an order extending the deadline for filing summary judgment motions by 60 days or such lesser period as the Court may deem appropriate. In support of such extension, the Parties show the Court as follows:

1.  As the Court may recall, prior to any substantive discovery taking place in this matter the Parties attempted to mediate their claims before Magistrate Judge Garfinkel. Although these efforts were ultimately unsuccessful, counsel for the Parties believe that it may be worthwhile to engage in additional settlement discussions before going through the expense of summary judgment briefing.

2.  Furthermore, although discovery has already closed in this matter, the Parties have informally agreed take several depositions out of time. As a result of summer vacations

ATL01/11972842v1

and other scheduling conflicts the Parties have been unable to complete these depositions in the time frame they initially anticipated.

3.  Since settlement of this matter would negate the need to engage in additional discovery and the need to file summary judgment motions, the Parties respectfully request a 60 day extension of the current deadline for submitting summary judgment motions.

4.  The Parties anticipate that a 60 day extension of the summary judgment deadline will provide them with sufficient time to determine the feasibility of settling this matter or, in the event a settlement is not reached, to complete the agreed upon depositions and submit this matter to the Court on cross motions for summary judgment.

5.  The current deadline for submitting summary judgment motions is August 31, 2005. The parties have previously sought a 10 day extension of this deadline. The instant motion is not being interposed to delay the proceedings.

Wherefore, the Parties respectfully request that the Court grant them a 60 day extension of the current summary judgment deadline as set forth more fully in the proposed order attached hereto.

This 24th day of August, 2005.

| Respectfully submitted,<br>THE DEFENDANTS<br><br>BY:<br><br>_/s/ M. G. Monnolly_<br>Michael G. Monnolly<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>(404) 881-7816<br>Federal Bar No.: ct24620 | Respectfully submitted:<br>THE PLAINTIFF<br><br>BY:<br><br>_/s/ L. Lissitzyn by MGM._<br>Lawrence H. Lissitzyn<br>REID AND RIEGE, P.C.<br>One Financial Plaza<br>755 Main Street<br>Hartford, CT 06103<br>(860) 240-1098<br>Federal Bar No.: ct05356 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT E. LINDER, | : | CIVIL ACTION NO. |
| | : | 02-CV-1956 (JGM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BYK-CHEMIE USA, INC., in its | : | |
| Capacity as Plan Sponsor of the | : | |
| RETIREMENT PLAN OF BYK-CHEMIE | : | |
| USA INC., and the SUPPLEMENTAL | : | |
| RETIREMENT PLAN OF BYK- | : | |
| CHEMIE USA INC., | : | |
| | : | |
| Defendants. | : | DATE: August ___, 2005 |

### ORDER

1. For good cause shown, the Court grants the Parties Joint Motion to Extend the Summary Judgment deadlines in this matter by 60 days.

2. By agreement of counsel, all motions for summary judgment shall be filed on or before October 31, 2005, all briefs in opposition shall be filed on or before November 21, 2005, and all reply briefs shall be filed on or before December 5, 2005.

3. The Magistrate Judge is available for conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this ___ of _____, 2005.

SO ORDERED.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

ATL01/11972842v1