UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| GILBERT E. LINDER,<br><br>Plaintiff,<br><br>v.<br><br>BYK-CHEMIE USA, INC., in its<br>Capacity as Plan Sponsor of the<br>RETIREMENT PLAN OF BYK-CHEMIE<br>USA INC., and the SUPPLEMENTAL<br>RETIREMENT PLAN OF BYK-<br>CHEMIE USA INC.,<br><br>Defendants. | : CIVIL ACTION NO. P 12: 38<br>: 02-CV-1956 (JGM)<br>:  U.S.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: DATE: August 29, 2005 |

## ORDER

1. For good cause shown, the Court grants the Parties Joint Motion to Extend the Summary Judgment deadlines in this matter by 60 days.

2. By agreement of counsel, all motions for summary judgment shall be filed on or before October 31, 2005, all briefs in opposition shall be filed on or before November 21, 2005, and all reply briefs shall be filed on or before December 5, 2005.

3. The Magistrate Judge is available for conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 29th of August, 2005.

SO ORDERED.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

ATL01/11972842v1