UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER,<br>　　Plaintiff<br><br>vs.<br><br>BYK-CHEMIE USA, INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC.,<br>　　Defendants | CIVIL ACTION NO.<br>3:02 CV 1956 (JGM)<br><br><br><br><br><br>October 12, 2005 |

## APPEARANCE

To Clerk of the Court:

　　Please enter the appearance of Dominic Fulco III as attorney for the plaintiff Gilbert E. Linder in the referenced action.

_/s/ Dominic Fulco III_
Dominic Fulco III (ct06494)
REID and RIEGE, P.C.
One Financial Plaza  755 Main Street
Hartford, CT 06103-3185
Tel. (860) 240-1031   Fax. (860) 240-1002
dfulco@reidandriege.com

16822.000/395937.1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Appearance was mailed, U.S. mail, postage prepaid on this 12th day of October, 2005, to the following:

| | |
|---|---|
| Michael G. Monnolly, Esquire<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | Charles F. Corcoran, III, Esq.<br>Carmody & Torrance LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, Connecticut 06509-1950 |

_____
Dominic Fulco III

02406.015/371586.1