UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER, | CIVIL ACTION NO. |
| Plaintiff, | 3:02CV1956 (JGM) |
| v. | |
| BYK-CHEMIE USA INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC., | |
| Defendants. | NOVEMBER 8, 2005 |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to the Federal Rules of Civil Procedure and Local Rule 56, Plaintiff, Gilbert E. Linder ("Plaintiff"), through his attorneys, Reid and Riege, P.C., files this Motion for Partial Summary Judgment. Plaintiff seeks partial summary judgment in his favor and against Defendants BYK-Chemie USA, Inc. in its capacity as plan sponsor of the Retirement Plan of BYK-Chemie USA, Inc. and Supplemental Retirement Plan of BYK-Chemie USA, Inc. ("Defendants") as follows:

    1.    A declaration that Plaintiff's retirement benefits under the Retirement Plan of BYK-Chemie USA Inc. and the Supplemental Retirement Plan of BYK-Chemie USA Inc., be computed in a manner as to include Plaintiff's compensation which he realized during 2001 by the exercise of non-qualified stock options.

    2.    An order directing Defendants to pay Plaintiff's benefits pursuant to the declaration in paragraph 1 above.

The grounds supporting this motion are set forth in a memorandum entitled Plaintiff's Memorandum of Law in Support of Motion for Partial Summary Judgment filed

16822.000/398243.1

simultaneously herewith, along with Plaintiff's Affidavit and other documents attached to Plaintiff's Appendix of Exhibits. Plaintiff has also appended a Local Rule 56(a)(1) Statement in support of his motion.

Plaintiff requests a hearing in damages following the granting of this motion for purposes of determining the exact amount payable to Plaintiff in benefits, attorney's fees and costs pursuant to §502(g) of the Employee Retirement Income Security Act of 1974 (ERISA).

PLAINTIFF, GILBERT E. LINDER

By: _____
Dominic Fulco III
Fed. Bar ID No. ct06494
Reid and Riege, P.C.
One Financial Plaza  21st Floor
Hartford, CT 06103
Tel: (860) 278-1150  Fax: (860) 240-1002
dfulco@reidandriege.com
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Partial Summary Judgment with appended Local Rule 56(a)(1) Statement was mailed via first-class mail, postage prepaid this 8th day of November, 2005, to:

Charles F. Corcoran, III, Esq.  
Carmody & Torrance LLP  
195 Church Street  
P.O. Box 1950  
New Haven, Connecticut 06509-1950

Michael G. Monnolly, Esquire  
Alston & Bird, LLP  
One Atlantic Center  
1201 West Peachtree Street  
Atlanta, GA 30309-3424

_____
Dominic Fulco III

16822.000/305205.1