UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER, | : CIVIL ACTION NO. |
| Plaintiff, | : |
| | : 3:02CV1956 (JGM) |
| v. | : |
| | : |
| BYK-CHEMIE USA INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC., | : |
| Defendants. | : NOVEMBER 8, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Gilbert E. Linder ("Mr. Linder") has manually filed the following document:

Plaintiff's Appendix of Exhibits to His Memorandum of Law in Support of His Motion for Partial Summary Judgment ("Appendix").

The document cannot be converted to an electronic format.

The Appendix has been manually served on all parties.

PLAINTIFF, GILBERT E. LINDER

By: _____
Dominic Fulco III
Fed. Bar ID No. ct06494
Reid and Riege, P.C.
One Financial Plaza  21st Floor
Hartford, CT 06103
Tel: (860) 278-1150   Fax: (860) 240-1002
dfulco@reidandriege.com
His Attorney

16822.000/398239.1

## CERTIFICATION

This is to certify that a copy of the foregoing was served via first-class mail, postage prepaid this 8th day of November, 2005, to:

Charles F. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509-1950

Michael G. Monnolly, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Dominic Fulco, III

16822.000/398239.1