# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT E. LINDER,** | : | **CIVIL ACTION** |
| | : | **NO. 02-CV-1956 (JGM)** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **BYK-CHEMIE USA, INC.**, in its | : | |
| Capacity as Plan Sponsor of the | : | |
| **RETIREMENT PLAN OF BYK-CHEMIE** | : | |
| **USA INC.**, and the **SUPPLEMENTAL** | : | |
| **RETIREMENT PLAN OF BYK-** | : | |
| **CHEMIE USA INC.,** | : | |
| | : | |
| Defendants. | : | November 8, 2005 |

## DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 56, Defendants BYK-Chemie USA, Inc. and the Supplemental Retirement Plan of BYK-Chemie USA, Inc. move the Court for summary judgment on all claims asserted in the Complaint.

Defendants support the instant motion with the pleadings on file, the contemporaneously filed Memorandum of Law in Support of Defendants' Second Motion for Summary Judgment, Defendants' Summary Judgment Appendix Volume 2, and the Defendants' Local Rule 56(a)1 Statement.

Respectfully submitted,

THE DEFENDANTS,

BY:   /s/_____
       CHARLES F. CORCORAN, III
FOR: Carmody & Torrance LLP
       195 Church Street, P.O. Box 1950
       New Haven, CT 06509-1950
       (203) 777-5501
       Federal Bar No. ct04299

       Gregory C. Braden
       Michael G. Monnolly
       Alston & Bird LLP
       1201 West Peachtree Street
       Atlanta, GA 30309
       (404) 881-7000

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT** upon Plaintiff's counsel by depositing a true and correct copy of same in the United States mail with adequate postage thereon and addressed as follows:

    Lawrence H. Lissitzyn, Esq. , Dominic Fulco, III
    Todd S. Federico, Robert B. Huff
    Reid and Riege PC
    One Financial Plaza
    755 Main Street
    Hartford, CT  06103-3185

This 8th day of November, 2005.

                                            /s/_____
                                            Charles F. Corcoran, III

ATL01/12058519v1