UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT E. LINDER,** | : | CIVIL ACTION NO. |
| | : | 3:02cv1956 (JBA) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| **BYK-CHEMIE USA, INC.**, in its capacity as Plan Sponsor of the **RETIREMENT PLAN OF BYK-CHEMIE USA INC.**, and the **SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC.**, | : | |
| | : | |
| Defendants. | : | November 8, 2005 |

## DEFENDANTS' APPENDIX
## VOLUME 2

| Tab | Description |
|---|---|
| 1 | ALTANA - Excerpts of the 2002 Form 20-F/A file with the SEC |
| 2 | Deposition of Gil Linder taken October 25, 2005 |
| 3 | BYK-Chemie USA - Retirement Plan 2001 |
| 4 | Declaration of Jörg Bauer |
| 5 | Letter from Carol Foley to Gil Linder dated May 8, 2002 |
| 6 | BYK-Chemie USA - Supplemental Retirement Plan (SERP) |
| 7 | 1994 Unanimous Consent of Directors |
| 8 | Email from Dr. Paul Reuter to Saul Ben-Meyer dated April 24, 2002 |
| 9 | ALTANA - Stock Option Plan 2000 |
| 10 | Calculation Sheet of Gil Linder's Execution of Stock Options |

{N0739056}

| **Tab** | **Description** |
|---|---|
| 11 | Email from Gil Linder to Carol Foley dated November 21, 2001 |
| 12 | Email from Art Dulik to Gil Linder dated January 29, 2002 |
| 13 | Declaration of Dr. Paul Reuter |
| 14 | Affidavit of Richard S. Sych |
| 15 | Declaration of Barbara H. Sheldon with Exhibit A |
| 16 | Declaration of Carol Foley with Exhibits A through C |
| 17 | Letter from Gil Linder to Roland Peter dated May 29, 2002 |
| 18 | Email from Carol Foley to Gil Linder dated April 25, 2002 |
| 19 | Deposition of Gil Linder taken April 11, 2003 |
| 20 | Letter from Richard S. Sych to Carol Foley dated March 8, 2002 |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on November 8, 2005, to:

    Lawrence H. Lissitzyn, Esq. , Dominic Fulco, III
    Todd S. Federico, Robert B. Huff
    Reid and Riege PC
    One Financial Plaza
    755 Main Street
    Hartford, CT  06103-3185

                                                              /s/_____
                                                                Charles F. Corcoran, III

{N0739056}