# TAB 1

# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 20-F/A

## REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934 ☐

### OR

## ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 ☑

#### For the fiscal year ended December 31, 2002

### OR

## TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 ☐

#### For the transition period from            to

#### Commission file number:

# ALTANA Aktiengesellschaft
*(Exact Name of Registrant as Specified in Its Charter)*

**Federal Republic of Germany**
*(Jurisdiction of Incorporation or Organization)*

**Am Pilgerrain 15**
**D-61352 Bad Homburg v. d. Höhe**
**Federal Republic of Germany**
*(Address of Principal Executive Offices)*

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| American Depositary Shares, each representing 1 Common Share, no par value | New York Stock Exchange |
| Common Shares, no par value* | New York Stock Exchange |

\* Listed, not for trading or quotation purposes, but only in connection with the listing of American Depositary Shares, pursuant to the requirements of the New York Stock Exchange.

**Securities registered or to be registered pursuant to Section 12(g) of the Act: None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None**

The number of issued and outstanding shares of each of the issuer's classes of capital or common stock as of December 31, 2002 was 136,463,298, no par value.

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.

Yes ☑      No ☐

Indicate by check mark which financial statement item the registrant has elected to follow.

Item 17 ☐      Item 18 ☑

The purpose of this amended annual report on Form 20-F/A dated May 15, 2003 is

- to strike the sentence "In 2002, reimbursements paid to our supervisory board members with respect to 2001 totalled € 784,000" in the second to last paragraph on page 84,

- to replace the immediately succeeding paragraph with the following text: "In 2002, the four members of our management board received aggregate compensation in the amount € 6.4 million. Of this amount, € 0.8 million related to services performed in 2001 and a one-time cost reimbursement, and € 5.7 million related to services performed in 2002. € 1.5 million of the amount that we paid in respect of services performed in 2002 was fixed, and € 4.1 million of this amount was variable. The amount of the variable compensation received by active members of our management board is based on our operating income before amortization ("EBITA") and our return on capital employed ("ROCE")" and

- to add the words "in respect to services performed in 2002" to the end of the first paragraph on page 85.

Other than these items, no part of the annual report on Form 20-F is being amended, and the filing of this amended annual report on Form 20-F/A should not be understood to mean that the statements contained herein speak as of any date subsequent to April 29, 2003, the filing date of the original annual report on Form 20-F.

## TABLE OF CONTENTS:

Page

### PART I

| | | |
|---|---|---|
| Item 1: | Identity of Directors, Senior Management and Advisers | 4 |
| Item 2: | Offer Statistics and Expected Timetable | 4 |
| Item 3: | Key Information | 5 |
| Item 4: | Information on the Company | 17 |
| Item 5: | Operating and Financial Review and Prospects | 53 |
| Item 6: | Directors, Senior Management & Employees | 81 |
| Item 7: | Major Shareholders and Related Party Transactions | 89 |
| Item 8: | Financial Information | 90 |
| Item 9: | The Offer and Listing | 91 |
| Item 10: | Additional Information | 93 |
| Item 11: | Quantitative and Qualitative Disclosure About Market Risk | 105 |
| Item 12: | Description of Securities Other Than Equity Securities | 110 |

### PART II

| | | |
|---|---|---|
| Item 13: | Defaults, Dividend Arrearages and Delinquencies | 111 |
| Item 14: | Material Modifications to the Rights of Security Holders and Use of Proceeds | 111 |
| Item 15: | Controls and Procedures | 111 |
| Item 16A: | Audit Committee Financial Expert | 111 |
| Item 16B: | Code of Ethics | 111 |

### PART III

| | | |
|---|---|---|
| Item 17: | Financial Statements | 112 |
| Item 18: | Financial Statements | 113 |
| Item 19: | Exhibits | 114 |

## FORWARD-LOOKING STATEMENTS

This annual report contains certain forward-looking statements, *i.e.*, current expectations or estimates of future events or future results. When used in this document, the words "anticipate", "believe", "estimate", "expect", "intend", "plan" and "project", and similar expressions, as they relate to us or our management, identify forward-looking statements. These statements are based on beliefs of our management as well as assumptions made by and information currently available to us. Such statements reflect our current views with respect to future events and are subject to various risks, uncertainties and assumptions. Many factors could cause our actual results, performance or achievements to be materially different from those which may be expressed or implied by such forward-looking statements. The accompanying information contained in this annual report, including the information under "Item 3: Key Information — Risk Factors", "Item 4: Information on the Company" and "Item 5: Operating and Financial Review and Prospects" identifies important factors that could cause such differences. These factors include our ability to develop and launch new and innovative pharmaceutical and chemical products, price regulations for pharmaceuticals and budgeting decisions of local governments and health care providers, the level of our investment in pharmaceuticals-related R&D in any given period, the sales and marketing methods that we use to distribute our pharmaceuticals, the composition of our pharmaceuticals portfolio, our ability to maintain close ties with our chemicals customers, the business cycles experienced by our chemicals customers and the prices of the raw materials that we use in our chemicals business. Forward-looking statements speak only as of the date they are made. We do not intend, and do not assume any obligation, to update forward-looking statements to reflect facts, circumstances or events that have occurred or changed after such statements have been made.

3

### Risks Related To Each Of Our Businesses

*Because the industries in which we operate are characterized by constant innovation and technological change, our success depends upon our continued ability to develop and market innovative products on a cost-effective basis. If we fail to do so, we may be unable to capture additional market share or may lose market share.*

We operate in the pharmaceuticals and the specialty chemicals industries, both of which are highly competitive and are characterized by intensive research efforts and rapid technological change. Our success is highly dependent on our ability to discover, develop and manufacture new and innovative products on a cost-effective basis and to market them successfully. In doing so, we face and will continue to face intense competition from a variety of competitors, ranging from small niche companies to large national and international conglomerates. Based on total assets and annual revenues, we are significantly smaller than many of our competitors, which often have substantially greater financial, R&D and sales and marketing resources than we do. In addition, we may be less experienced than many of the larger companies competing with us. As a result, our competitors may succeed in developing and manufacturing products that are superior to our own products or that the market perceives to be more attractive. If this happens, our products may become uncompetitive and we may be unable to capture additional market share or may lose market share. In light of the ongoing consolidation of the industries in which we operate, we expect that the competitive pressures to which we are subject will increase in the future.

*Because we depend on key management, scientific and technical personnel, our ability to compete would suffer if we were unable to hire and retain qualified employees.*

Our success depends upon the continued contributions of our key management, scientific and technical personnel, many of whom have substantial experience with our company and would be difficult to replace. Competition for qualified personnel is intense in the industries in which we operate, and particularly so in the pharmaceuticals industry, and we may be unable to attract the highly qualified employees that our business requires. If we lose the services of our key management or scientific and technical personnel or do not succeed in attracting highly qualified personnel in the future, our business may be hurt by a reduced ability to compete in the rapidly evolving markets in which we operate.

*We operate in many different countries around the world. As a result, fluctuations in the exchange rates between these countries could adversely affect our results of operations and reduce our ability to price our products competitively.*

Due to the international scope of our operations, our net sales and earnings may be affected by fluctuations in exchange rates, particularly between the euro and the U.S. dollar. An increasing proportion of our sales is made in markets outside the European Union by our local subsidiaries or through distribution arrangements. As a result, fluctuations between the euro and the currencies in these markets may cause our reported revenues to vary significantly from period to period. For example, any depreciation of the U.S. dollar against the euro would have a negative impact on our reported sales of Pantoprazole, which is currently our most important product, in the United States. At the same time, a substantial proportion of our operating costs continues to be linked to the euro. Accordingly, exchange rate fluctuations may also affect our profitability from period to period.

You should note that we do not hedge our exchange rate exposure centrally. Instead, each of our subsidiaries is responsible for managing its own exposure. Therefore, any impact that fluctuations in the exchange rates between the euro and other currencies may have on our revenues and our profitability substantially depends on the success of the hedging activities of our local operating subsidiaries.

In addition to influencing our reported net sales and earnings, exchange rate fluctuations may also impact our competitive position in countries whose currencies fluctuate against the euro. Historically, the weakness of the euro vis-à-vis the U.S. dollar and currencies linked to the U.S. dollar has afforded us greater pricing flexibility in the United States and other countries, which in turn has improved our competitive position and our profitability vis-à-vis our U.S. competitors. Recently, however, the euro has strengthened relative to the

**Item 4:** *Information on the Company*

**Introduction**

We are a globally operating, fast-growing company that develops, manufactures and markets innovative pharmaceutical and chemical products for a range of targeted, highly specialized applications. In 2002, we reported net sales of € 2,609 million, 81.2% of which were generated outside of our home market Germany, and operating income of € 538 million.

Over the last five years, our business has on average experienced double-digit annual revenue growth. During the same period, our operating income has grown substantially faster than our net sales, leading to consistently improved profit margins. We believe that this development is a result of our strategic focus on the pharmaceuticals and specialty chemicals markets and the continuous international expansion of our business. In recent years, much of this development has been driven by Pantoprazole, our innovative therapeutic product for the treatment of reflux disease as well as gastric and duodenal ulcers.

The following table provides a breakdown of our net sales and shows our operating income for the three years ended December 31, 2002:

**Results of Operations**

|  | 2000 | 2001 | 2002 | CAGR(1) |
|---|---|---|---|---|
|  | (€ in millions, except %) | | | (%) |
| Net sales |  |  |  |  |
| Pharmaceuticals | 1,262 | 1,591 | 1,861 | 22.0 |
| Chemicals | 666 | 717 | 748 | 10.7 |
| Total | 1,928 | 2,308 | 2,609 | 18.3 |
| Operating income | 309 | 520(2) | 538 | 38.0 |
| As % of net sales | 16.0 | 22.5(3) | 20.6 |  |

(1) The Compound Annual Growth Rate ("CAGR") measures the average annual growth of a line item over the period for which data is shown in the table.

(2) Includes a one-time gain in the amount of € 110 million resulting from the sale of our interest in a joint venture and a special donation of € 15 million to a charitable endowment. Excluding these items, our operating income in 2001 would have been € 424 million.

(3) Excluding the items described in note (2) above, our operating income, expressed as a percentage of net sales, would have been 18.4% in 2001.

For a description of our principal capital expenditures over the last three years, see "Item 5: Operating and Financial Review and Prospects — Liquidity and Capital Resources".

Our pharmaceuticals division is committed to developing innovative therapeutics for the global pharmaceuticals markets with a strategic focus on unmet medical needs in the gastrointestinal and respiratory tract areas. Our pharmaceuticals business is currently mainly driven by Pantoprazole. We market Pantoprazole in virtually all regions of the world with the exception of Japan. The main markets for the drug are the United States and Europe. Pantoprazole has been chiefly responsible for the growth of our pharmaceuticals division in recent periods, and we expect that it will continue to be a key revenue driver for at least the next several years. In addition, our R&D pipeline currently contains several promising candidates for the treatment of asthma and other respiratory tract diseases. These candidates are in advanced stages of clinical development. In addition, we offer imaging reagents and an assortment of over-the-counter ("OTC") therapeutics, which are drugs that are available to patients without prescription. Prior to the sale of substantial parts of our diagnostics business to DiaSorin s.r.l, at the end of December 2002, we also offered medical devices and reagents for diagnostic purposes.

17

*Employee Incentive Plans*

As described in greater detail in notes 2 and 13 to our consolidated financial statements, we offer various share-based employee incentive plans. See also "Item 6: Directors, Senior Management & Employees-Share Ownership-Stock Option Plans" and "Item 6: Directors, Senior Management & Employees-Share Owner-ship-Altana Investment Program" for additional information on these plans. To enable us to satisfy our obligations under these plans, we may from time to time purchase shares of our company in the open market. Under IFRS, we amortize the excess of the average price at which we acquire these shares over the option exercise price over the applicable vesting period. U.S. GAAP currently permits companies to choose whether to apply the intrinsic value accounting method provided by the Accounting Principles Board's ("APB") Opinion No. 25 "Accounting for Stock Issued to Employees" ("APB 25") or the fair value method provided in the Financial Accounting Standards Board's ("FASB") Statement of Financial Accounting Standard ("SFAS") No. 123 "Accounting for Stock Based Compensation" ("SFAS 123"). We currently use APB 25. U.S. GAAP makes a distinction between fixed plans and variable plans. Generally, a plan is deemed fixed if both the option exercise price and the number of options the participant will receive are known at the grant date. By contrast, plans under which options are granted or become exercisable only upon the achievement of performance hurdles are normally considered variable. Additionally, a plan provision which requires cash settlement or permits the participant to choose between cash and stock settlement, will result in variable accounting. Most of our employee incentive plans are variable plans. The only plan offered by us that is a fixed plan is our stock option plan for key members of our management, which we launched in 2002. In the case of our various variable plans, we calculate at each annual balance sheet date the excess of the market value of the shares over the exercise price and, if we consider it probable that the exercise condition will be satisfied, expense the vested portion of this amount. With respect to our fixed plan, we have so far not recorded any compensation cost for IFRS purposes, as the options granted under that plan have been out of the money since the date of grant. Likewise, we have not recorded any compensation cost for U.S. GAAP purposes since the accounting for the plan is not affected by share price changes after the date of grant. The primary aspect of our accounting for employee incentive plans that involves uncertainty and the exercise of management judgment is the determination of the likelihood that the exercise conditions under our variable plans will be satisfied.

Our accounting for employee incentive plans may change in future periods. In light of recent proposals by the International Accounting Standards Board ("IASB"), we expect that future IFRS rules may require us to recognize the fair value of our employee incentive plans as a cost over the vesting period. The FASB has likewise announced that it will revisit the treatment under U.S. GAAP of employee incentive plans. New rules may be issued that could result in a convergence of IFRS and U.S. GAAP with respect to the accounting for employee incentive plans. As a result, we may in the future be required, or may voluntarily choose, to use a fair value based model to account for share-based compensation arrangements. The compensation costs recorded under a fair value based model would likely differ from the compensation costs that we currently record using our present accounting policies. See the related pro forma disclosures in the employee incentive plan discussion of note 33 to our consolidated financial statements. Depending on the circumstances, these differences may or may not have a material impact on our results of operations. Therefore, the level of compensation costs that we have historically recorded under IFRS and U.S. GAAP is not necessarily indicative of the level of compensation costs that we may record in the future. Furthermore, fair value measurements are frequently based on estimates that involve significant management judgment, including estimates of the expected dividend yield and future share price volatility.

*Pension Plans*

We provide various pension plans and other retirement benefit plans for our employees both in Germany and abroad. While some of these plans are funded by separate plan assets, most of them are not. We value our exposure under each of these plans using the projected unit credit method set forth in IAS 19 (revised 2000). The methodologies used by us require that we make estimates for some parameters, including the expected discount rate, the expected rate of compensation increase, the expected rate of pension increase and, in the case of plans covered by plan assets, the expected return on these assets. Although we believe that the actuarial assumptions used by us are appropriate, the relevant parameters may develop materially differently,

ALTANA AG

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)
### AS OF DECEMBER 31, 2002
(amounts in € thousands, unless otherwise stated)

### *Financial Instruments*

Effective January 1, 2001, the Company adopted IAS 39 (revised 2000), which requires the recognition of all financial assets and liabilities, as well as all derivative instruments, as assets or liabilities in the balance sheet and, generally, requires that all financial instruments are measured at fair value, regardless of the Company's intent. Changes in the fair value of derivative instruments are recognized in income or shareholders' equity (as revaluation reserve) depending on whether the derivative is designated as a fair value or cash flow hedge. For derivatives designated as fair value hedges, changes in fair value of the hedged item and the derivative are recognized currently in the income statement. For derivatives designated as a cash flow hedge, changes in fair value of the effective portion of the hedging instrument are recognized in equity (revaluation reserve) until the hedged item is recognized in the income statement. The ineffective portion of the fair value changes and fair value changes of derivatives which do not qualify for hedge accounting are recognized in the income statement immediately.

With the adoption of IAS 39 (revised 2000) as of January 1, 2001, the Company recognized € 3.7 million of assets and € 0.2 million of liabilities for derivatives. Retained earnings were adjusted by € 2.1 million, net of tax of € 1.4 million.

In addition, for marketable securities a revaluation reserve was recorded totaling € 5.2 million, net of tax of € 3.2 million.

### *Government grants*

The Company received € 1.9 million, € 0.1 million and € 0.5 million for the years ended December 31, 2002, 2001 and 2000, respectively, of taxable and non-taxable investment grants for the acquisition of certain long-lived assets. The grants are recorded as a reduction of the cost basis of the acquired and constructed assets.

In addition, the Company received government grants as non-refundable reimbursement of expenses in the amount of € 0.7 million, € 1.1 million and € 1.2 million for the years ended December 31, 2002, 2001 and 2000, respectively. These grants are recorded as other income to the extent they are earned.

### *Accrued liabilities and employee benefit obligations*

The valuation of pension liabilities is based on the projected unit credit method in accordance with IAS 19 (revised 2000), "Employee Benefits". The Company recognizes a portion of its actuarial gains and losses as income or expense if the net cumulative unrecognized actuarial gains and losses at the end of the reporting period exceed the corridor of 10% of the greater of the projected benefit obligation or the market related value of plan assets. The excess is amortized over the expected remaining service period.

An accrued liability for taxes and other contingencies is recorded when an obligation to a third party has been incurred, the payment is probable and the amount can be reasonably estimated. Accrued liabilities relating to personnel and social costs are valued at their net present value when appropriate.

Obligations in connection with product warranties are estimated based on the actual expenses of the last two, respectively three years, depending on the segment they relate to. Based on this actual experience, the Company calculates a warranty percentage and applies this to the gross sales and records the estimated obligation under accrued liabilities. The accrued liability is adjusted to reflect actual warranty claims and changes in estimates. Separately identifiable risks relating to damages or product returns are accrued based on management's best estimate.

F-10

ALTANA AG

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)
AS OF DECEMBER 31, 2002
(amounts in € thousands, unless otherwise stated)

*Revenue recognition*

The Company recognizes revenues from sales of products if the revenue can be reliably measured, it is probable that the economic benefits of the transaction will flow to the Company and all related costs can be reliably measured. As such, the Company records revenue from product sales when the goods are shipped and title has passed to the customer. With respect to licensing agreements where revenue in excess of a defined minimum price is contingent on the buyer's ultimate resale price, sales are recognized at the contractual minimum price with additional sales recognized when realized. Provisions for discounts and rebates to customers and returns are recorded in the same period in which the related sales are recorded.

Non-refundable up-front payments received upon entering into licensing agreements where the Company has continuing involvement are recorded as deferred revenue and recognized over the estimated service period. If such up-front payments are received in connection with a development agreement, the deferred revenue will normally be recognized as revenue on a straight-line basis over the expected development period through final regulatory approval. Non-refundable milestone payments which represent the achievement of a significant technical/regulatory hurdle in the research and development process, pursuant to collaborative agreements, are recognized as revenue upon the achievement of the specified milestone.

*Advertising and promotion costs*

Advertising and promotion costs are expensed as incurred and totaled € 166.0 million, € 155.4 million and € 151.0 million for the years ended December 31, 2002, 2001 and 2000, respectively. These costs are recorded as selling and distribution expenses in the consolidated income statements.

*Research and development expenses*

In accordance with IAS 38, "Intangible Assets", research costs, defined as costs of original and planned research performed to gain new scientific or technical knowledge and understanding, are expensed as incurred. Development costs are defined as costs incurred to achieve technical and commercial feasibility. Regulatory and other uncertainties inherent in the development of the Company's new key products are so high that the guidelines under IAS 38 are not met so that development costs are expensed as incurred.

Research and development expenses are comprised of the following types of costs incurred in performing research and development activities: salaries and benefits, allocated overhead and occupancy costs, clinical trial and related clinical manufacturing costs, contract services and other outside costs.

*Employee incentive plans*

Compensation expense for options granted under employee incentive plans is measured as the excess of the average cost of treasury shares acquired over the exercise price. Compensation expense is allocated over the applicable vesting period. Discounts granted in connection with the ALTANA Investment plans are expensed as incurred as there is no vesting period.

*Income taxes*

Under IAS 12 (revised 2000), "Income Taxes", deferred tax assets and liabilities are recognized for all temporary differences between the carrying amount of assets and liabilities in the financial statements and their tax bases, tax credits and operating loss carry-forwards. For purposes of calculating deferred tax assets and liabilities, the Company uses the rates that have been enacted or substantively enacted at the balance sheet date. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period the legislation is substantively enacted. A deferred tax asset is recognized only to the extent that it is

F-11

**ALTANA AG**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**
**AS OF DECEMBER 31, 2002**
(amounts in € thousands, unless otherwise stated)

*Dividends*

Under the "German Stock Corporation Act", dividends available for distribution to shareholders are based upon the unconsolidated retained earnings of ALTANA AG as reported in its balance sheet determined in accordance with the German Commercial Code (*Handelsgesetzbuch*). The 2002 net income of ALTANA AG was significantly influenced by the legal separation of the business units ALTANA Pharma and ALTANA Chemie, as well as by the legal restructuring of the chemicals segment according to the strategic business units. Due to these transactions, tax free capital gains were realized which were transferred to the holding company in line with profit transfer agreements. The restructuring is not reflected in these consolidated financial statements due to the fact that all companies affected by the transactions were wholly owned subsidiaries.

Based on this unusual income in the year 2002, the net income of ALTANA AG amounts to € 1,113.2 million. Net income excluding the effects of the legal restructuring amounts to € 223 million (2001: € 193 million). According to § 58, paragraph 2 Stock Corporation Act the supervisory board and the management board have decided to transfer out of ALTANA AG 2002 net income of € 1,113.2 million an amount of € 556.6 million to retained earnings, resulting in unappropriated profits of € 556.6 million. The management board and supervisory board plan to propose to the shareholders at the annual general shareholders' meeting the transfer of an additional amount of € 451.3 million to retained earnings and to distribute from unappropriated earnings a dividend totaling € 105.3 million resulting in an amount of € 0.75 per no par value share.

*Revaluation reserve*

In accordance with IAS 39, unrealized gains and losses resulting from changes in fair values of available-for-sale marketable securities are recorded in a revaluation reserve, a separate section of shareholders' equity, unless an impairment is recognized. Additionally, changes in the fair value of financial instruments qualifying as cash flow hedges are recognized in the revaluation reserve if all hedge accounting criterion under IAS 39 are met. The amounts are stated net of tax.

**(13) Employee incentive plans**

*Management stock option plans 1999 and 2000*

On July 1, 1999, the Company initiated a stock option plan open to members of the Company's management board, its senior executives and certain other key employees ("Stock Option Plan 1999"). The exercise price for stock options granted under this plan is € 15.03 per share, which was calculated on the basis of the average of the published prices of the Company's shares on the Frankfurt Stock Exchange during the 20 trading days preceding the commencement of the plan. On July 1, 2000, the Company launched a similar plan ("Stock Option Plan 2000"). This plan entitles beneficiaries to purchase shares of the Company at an exercise price of € 22.97, calculated on the same basis as described above.

The plans offer the beneficiaries the option of either purchasing the shares at the exercise price or receiving cash payment for the excess of market price over exercise price on the date of exercise. Under each plan, the options become exercisable two years after the grant date if the average basic earnings per share for the year of grant and the following year exceed the average of the two preceding years by 20%. The earnings per share hurdle for each plan has been met. The stock options expire four years after the grant date.

ALTANA AG

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)
## AS OF DECEMBER 31, 2002
(amounts in € thousands, unless otherwise stated)

| | 2002 | | 2001 | | 2000 | |
|---|---|---|---|---|---|---|
| | Number of options | Exercise price (€) | Number of options | Exercise price (€) | Number of options | Exercise price (€) |
| Outstanding options at | | | | | | |
| January 1 ...................... | 1,211,000 | 21.26(1) | 1,854,000 | 19.10(1) | 925,200 | 15.03 |
| Granted.......................... | 0 | 0 | 0 | 0 | 950,400 | 22.97 |
| Exercised ........................ | (486,000) | 20.29(1) | (635,800) | 15.03 | 0 | 0 |
| Forfeited ........................ | (21,600) | 22.97 | (7,200) | 15.03 | (21,600) | 15.03 |
| Outstanding options at | | | | | | |
| December 31 ................... | 703,400 | 21.89(1) | 1,211,000 | 21.26(1) | 1,854,000 | 19.10(1) |

(1) Weighted average

### Management stock option plan 2002

On July 1, 2001, the Company initiated a stock option plan open to members of the Company's management board, its senior executives and certain other key employees ("Stock Option Plan 2001"). The exercise price for stock options granted under this plan is € 42.41 per share, which was calculated on the basis of the average of the published prices of the Company's shares on the Frankfurt Stock Exchange during the 20 trading days preceding the commencement of the plan. The options may only be exercised by purchasing shares. No cash settlement is possible. The options become exercisable two years after the grant date, and they remain exercisable over a period of three years, if earnings per share in 2002 exceed basic earnings per share in 2000 by 20%. The earnings per share hurdle for this plan has been met. The stock options expire five years after the date of grant.

On July 1, 2002, the Company initiated an identical plan for executives (management board of ALTANA AG and key subsidiaries), however the options expire ten years after the grant date. The exercise price for the stock options granted under this plan is € 51.58.

| | 2002 | | 2001 | |
|---|---|---|---|---|
| | Number of options | Exercise price (€) | Number of options | Exercise price (€) |
| Outstanding options at | | | | |
| January 1 ........................................... | 1,065,750 | 42.41 | 0 | 0 |
| Granted .............................................. | 255,000 | 51.58 | 1,065,750 | 42.41 |
| Forfeited.............................................. | (43,150) | 42.41 | 0 | 0 |
| Outstanding options at | | | | |
| December 31 ....................................... | 1,277,600 | 44.24(1) | 1,065,750 | 42.41 |

(1) Weighted average

### Stock options for Key Management 2002

On July 1, 2002, the Company initiated a stock option plan open to Key Managers. No performance hurdle must be met. The exercise price for stock options granted under this plan is € 56.74 per share

## ALTANA AG

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)
### AS OF DECEMBER 31, 2002
(amounts in € thousands, unless otherwise stated)

(determined based on 110% of the exercise price of the executive plan discussed above). The options can be exercised from July 1, 2004 until June 30, 2012. The options may only be exercised by purchasing shares. No cash settlement is possible.

| | 2002 | |
| --- | --- | --- |
| | Number of options | Exercise price |
| | | (€) |
| Outstanding options at January 1 | 0 | 0 |
| Granted | 999,650 | 56.74 |
| Forfeited | (10,800) | 56.74 |
| Outstanding options at December 31 | 988,850 | 56.74 |

### *ALTANA Investment 2000, 2001 and 2002*

Since 2000, the Company has initiated a plan every year for employees (ALTANA Investment plans) in 14 European countries, the United States of America and Canada, who were not eligible to participate in the stock option plans.

Each investment plan consists of two components. The first component entitled eligible employees to purchase a specific number of shares based on their respective incomes at a fixed price per share, the lowest quoted price of the Company's shares the day when the management board approved the plans. A discount was granted for a specified number of shares purchased by each participant. The Company sold the respective shares in December of each respective year to the employees, with the exception of the employees of the U.S. subsidiaries in 2001. For employees unable to receive shares directly from the Company due to statutory reasons, the Company provided the cash equivalent of the benefit received by other employees participating in the plan.

Under the second component, employees received one option for each share purchased. The options become exercisable two years after the grant date and expire two years later. The options entitle holders to receive cash in an amount equal to the difference between exercise price and the market price of the Company's shares on the date on which the options are exercised.

| | Plan 2002 | Plan 2001 | Plan 2000 |
| --- | --- | --- | --- |
| **Share purchase component** | | | |
| Shares sold to employees | 104,615 | 126,572 | 284,393 |
| Exercise price | 46.00 | 47.00 | 27.08 |
| Discount granted | 30.0% | 30.0% | 23.0% |
| Discount granted for maximum shares for each employee | 32 shares | 37 shares | 20 shares |

F-24

**ALTANA AG**

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)**
**AS OF DECEMBER 31, 2002**
(amounts in € thousands, unless otherwise stated)

| | Plan 2002 | Plan 2001 | Plan 2000 |
|---|---|---|---|
| **Options component** | | | |
| Options granted ............................. | 115,428 | 165,797 | 305,898 |
| Options forfeited............................. | (3,499) | (9,372) | (19,996) |
| Options exercised ............................ | 0 | 0 | (47,131) |
| Exercise price ............................... | 46.00 | 47.00 | 27.08 |
| Date of grant ............................... | October 1, 2002 | October 1, 2001 | October 1, 2000 |
| Exercise of the options beginning............... | October 1, 2004 | October 1, 2003 | October 1, 2002 |
| Expiration of the options...................... | October 1, 2006 | October 1, 2005 | October 1, 2004 |

*Compensation expense*

Compensation expense under the foregoing plans for the years ended December 31, 2002, 2001 and 2000 totaled € 2.4 million, € 3.6 million and € 6.9 million, respectively. Compensation expense in 2002, 2001 and 2000, respectively, included € 1.2 million, € 1.9 million and € 4.9 million for the discount on the share purchase component of ALTANA Investment 2002, 2001 and 2000, as there is no vesting period.

**(14) Employee benefit obligations**

The provisions for the Company's pension benefit and other post-retirement obligations are as follows:

| | At December 31, | |
|---|---|---|
| | **2002** | **2001** |
| Provision for pensions ........................................................ | 245,546 | 244,141 |
| Provision for other post-retirement benefits ..................................... | 1,498 | 646 |
| | 247,044 | 244,787 |

Employee benefit obligations relate mainly to the German plans. The defined benefit obligation is calculated based on the expected compensation level or retirement benefit, the years of service and the expected discount rate.

## ALTANA AG

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)
### AS OF DECEMBER 31, 2002
(amounts in € thousands, unless otherwise stated)

Some non-German pension commitments are funded by plan assets maintained by trust funds. Fund assets consist of equity and debt securities as well as real estate.

|  | 2002 | | 2001 | |
| --- | --- | --- | --- | --- |
|  | German Plans | Non-German Plans | German Plans | Non-German Plans |
| **Defined benefit obligation** | | | | |
| Balance at January 1 | 207,804 | 55,894 | 192,743 | 41,946 |
| Changes in reporting entities | (7,510) | (1,951) | (3,251) | 5,936 |
| Translation adjustment | 0 | (8,228) | 0 | 1,686 |
| Service cost | 5,112 | 3,088 | 4,179 | 2,513 |
| Interest cost | 11,989 | 3,250 | 12,298 | 2,857 |
| Actuarial (gains) losses | (3,473) | 4,975 | 9,706 | 2,768 |
| Plan amendments | 1,543 | (34) | 0 | 0 |
| Other changes | (29) | (358) | (15) | (498) |
| Benefits paid | (8,208) | (1,418) | (7,856) | (1,314) |
| Balance at December 31 | 207,228 | 55,218 | 207,804 | 55,894 |
| **Plan assets** | | | | |
| Balance at January 1 | 0 | 41,416 | 0 | 35,927 |
| Changes in reporting entities | 0 | 0 | 0 | 5,248 |
| Translation adjustment | 0 | (5,560) | 0 | 1,854 |
| Actual loss on plan assets | 0 | (4,236) | 0 | (979) |
| Employer contribution | 0 | 630 | 0 | 325 |
| Benefits paid | 0 | (1,300) | 0 | (959) |
| Balance at December 31 | 0 | 30,950 | 0 | 41,416 |
| **Reconciliation of funded status** | | | | |
| Funded status at December 31 | 207,228 | 24,268 | 207,804 | 14,478 |
| Unrealized net gains (losses) | 21,137 | (7,087) | 19,056 | 2,803 |
| Net amount recognized at December 31 | 228,365 | 17,181 | 226,860 | 17,281 |

The following table provides the underlying actuarial assumptions for the pension plans:

|  | At December 31, | | | |
| --- | --- | --- | --- | --- |
|  | 2002 | | 2001 | |
|  | German Plans | Non-German Plans | German Plans | Non-German Plans |
| **Weighted average assumptions** | | | | |
| Discount rate | 5.7% | 6.7% | 6.0% | 6.9% |
| Expected return on plan assets | 0 | 8.6% | 0 | 8.7% |
| Rate of compensation increase | 3.0% | 4.6% | 3.5% | 4.7% |
| Rate of pension increase | 1.5% | 0 | 2.0% | 0 |

ALTANA AG

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)
AS OF DECEMBER 31, 2002
(amounts in € thousands, unless otherwise stated)

The components of net periodic pension costs were as follows:

| | For the years ended December 31, | | | | | |
| | 2002 | | 2001 | | 2000 | |
| | German Plans | Non-German Plans | German Plans | Non-German Plans | German Plans | Non-German Plans |
|---|---|---|---|---|---|---|
| Service cost | 5,112 | 3,088 | 4,179 | 2,513 | 4,848 | 2,458 |
| Interest cost | 11,989 | 3,250 | 12,298 | 2,857 | 11,704 | 2,504 |
| Plan amendments | 1,543 | (34) | 0 | 0 | 0 | 0 |
| Expected return on plan assets | 0 | (2,370) | 0 | (3,192) | 0 | (3,047) |
| Actuarial (gains) losses | (1) | 0 | 603 | (420) | 0 | (860) |
| Net periodic pension costs | 18,643 | 3,934 | 17,080 | 1,758 | 16,552 | 1,055 |

The provision for other post-retirement benefits pertains to post-retirement health care and life insurance benefits for employees of the Company's U.S. subsidiaries and other similar obligations.

**(15) Accrued liabilities**

| | Employees | Sales and marketing costs | Warranty | Other | Total |
|---|---|---|---|---|---|
| Balance at January 1, 2002 | 91,372 | 55,349 | 10,700 | 55,915 | 213,336 |
| Additions | 61,518 | 72,429 | 2,148 | 33,418 | 169,513 |
| Utilization | (50,390) | (51,379) | (2,126) | (18,178) | (122,073) |
| Release | (2,723) | (2,536) | (366) | (5,439) | (11,064) |
| Translation adjustment | (4,253) | (3,272) | (972) | (4,169) | (12,666) |
| Changes in reporting entities | (2,474) | (74) | (92) | (778) | (3,418) |
| Balance at December 31, 2002 | 93,050 | 70,517 | 9,292 | 60,769 | 233,628 |

| Thereof short-term | |
|---|---|
| at December 31, 2001 | 169,642 |
| at December 31, 2002 | 192,883 |

The personnel related provisions encompass provisions for special bonuses, as well as anniversary, paid vacation and employee incentive plans. Accrued liabilities for sales and marketing pertain to discounts and rebates and marketing studies. Provisions for warranty cover commitments in connection with goods delivered and services rendered.

The items included in other provisions are primarily related to taxes other than income taxes and similar fees, pending litigation, legal costs, professional fees, costs for clinical studies and research, and the estimated total settlement for DAT lawsuit (see Note 30).

The release of the accrual for DAT totaling € 3.4 million is shown under "Other" and results from the decrease of the share price of ALTANA shares on the balance sheet date compared to the prior year.

## ALTANA AG

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)
### AS OF DECEMBER 31, 2002
(amounts in € thousands, unless otherwise stated)

**(16) Debt**

| | At December 31, | | | |
| | 2002 | | 2001 | |
| | Total | Due within one year | Total | Due within one year |
|---|---|---|---|---|
| Borrowings from banks.................................... | 73,905 | 28,372 | 82,417 | 32,390 |
| Profit-sharing certificates ................................. | 8,553 | 8,553 | 8,672 | 8,672 |
| Herbert Quandt Foundation............................... | 25,586 | 25,586 | 25,656 | 25,656 |
| Lease obligations......................................... | 3,765 | 659 | 4,170 | 1,175 |
| Other ................................................... | 4,706 | 277 | 5,800 | 891 |
| | 116,515 | 63,447 | 126,715 | 68,784 |

For the years ended December 31, 2002, 2001 and 2000, weighted average interest rates for borrowings from banks were 6.07%, 4.92% and 5.21%, respectively.

As of December 31, 2002 and 2001, respectively, bank borrowings included € 19.8 million and € 25.3 million denominated in foreign currencies other than euro. Of these borrowings, an amount of € 15.5 million and € 25.3 million was denominated in U.S. dollars as of December 31, 2002 and 2001, respectively. Additionally € 4.3 million were denominated in Brazilian Real as of December 31, 2002.

Bank borrowings of € 1.3 million and € 1.7 million were secured by mortgages (land) as of December 31, 2002 and 2001, respectively.

Profit-sharing certificates are held by German employees of the Company, who are entitled to receive interest at a rate equal to the higher of the Company's dividend rate in any given year and 7%. The Company ceased issuing such certificates in 2000. For the year ended December 31, 2002 and 2001, respectively, the effective interest rate was 105.6% and 98.6% on these certificates. Amounts in excess of 7% are recorded as compensation expense.

The Herbert Quandt Foundation is a non-profit foundation, established in 1980, that promotes scientific and cultural research activities and supports civic responsibility projects. The Company donated € 14.8 million to the Foundation in 2001. In turn, the Foundation deposited all its funds at the time, totaling € 25.7 million, with ALTANA. The deposit, based on an interest rate equaling the discount rate ("Basiszinssatz der Deutschen Bundesbank") plus 3% (subject to minimum rate of 8%), is considered short-term since it may be called at any time by the Foundation.

ALTANA AG

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS — (Continued)
AS OF DECEMBER 31, 2002
(amounts in € thousands, unless otherwise stated)

At December 31, 2002 the aggregate amounts of indebtedness maturing during the next five years and thereafter are as follows:

| | |
|---|---:|
| Due in 2003 | 62,788 |
| Due in 2004 | 6,845 |
| Due in 2005 | 4,809 |
| Due in 2006 | 4,816 |
| Due in 2007 | 4,376 |
| Due thereafter | 29,116 |
| Total | 112,750 |
| Lease obligations | 3,765 |
| Total debt | 116,515 |

## (17) Other liabilities

Other liabilities consist of the following:

| | At December 31, | | | |
|---|---|---|---|---|
| | 2002 | | 2001 | |
| | Total | Due within one year | Total | Due within one year |
| Payroll taxes | 16,559 | 16,559 | 21,442 | 21,442 |
| Employees and social security contributions | 19,705 | 17,082 | 19,214 | 18,069 |
| Commissions | 4,284 | 4,284 | 5,786 | 5,786 |
| Debit notes to customers | 2,634 | 2,634 | 3,295 | 3,295 |
| Balances due to related parties | 6,621 | 6,621 | 1,554 | 1,554 |
| Other | 21,441 | 18,302 | 22,771 | 20,351 |
| | 71,244 | 65,482 | 74,062 | 70,497 |

## (18) Deferred income

Under the terms of the Company's licensing agreement with Wyeth Inc., USA, acting through one of its subsidiaries, Wyeth Pharmaceutical ("Wyeth"), the Company granted Wyeth an exclusive license to carry out certain manufacturing tasks with respect to semi-finished Pantoprazole-based products supplied by the Company and to distribute the resulting drugs in the U.S. market. Wyeth agreed to pay the Company a specified percentage of its net sales of the product subject to a minimum price. Due to the direct link between Wyeth's sales price and the amount the Company will ultimately realize, revenue for the products delivered to but not yet sold by Wyeth as of the balance sheet date are recognized at the amount of the minimum price. The difference between the minimum price and the price charged is treated as deferred income.

In 2002, the Company and Pharmacia Corporation ("Pharmacia") announced the signing of an agreement under which the pharmaceuticals segment of the Company grants Pharmacia certain rights and licenses to its technology. The purpose of the agreement is to collaborate in the development and commercialization of the Company's drug, Roflumilast, for the expected treatment of respiratory diseases and conditions, including asthma and chronic obstructive pulmonary disease (COPD). Under the agreement, the

F-29