# TAB 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gil Linder
200 Nutmeg Place
Cheshire, CT 06410

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
G.E. Linder                              5-9-02

C. Signature
X  [signature]   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

MAY 0 9 2002

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

Pens/Sop

BYK 00189



BYK-Chemie USA Inc. • P.O. Box 5670 • Wallingford, CT 06492-7651

May 8, 2002

Mr. Gilbert E. Linder
200 Nutmeg Place
Cheshire, CT 06410

Dear Gil:

As you are aware, you are eligible for a pension from BYK-Chemie USA, Inc. on February 1, 2002. I have, therefore, enclosed the forms necessary for you to initiate retirement benefit payments. Please read the forms carefully. In order for you to start the retirement procedure, you must complete and sign the documents as required, have them notarized (if applicable), and then return them to me at your earliest convenience.

Upon receipt, we will arrange to have the pension checks mailed to you monthly, at the address used for mailing this letter, by The Bank of New York. Your first check will include retroactive payments beginning with February 1, 2002. If you wish to have your checks mailed to an address different from the one on this letter, please advise us by return mail. If you wish to have your payments mailed to a bank for deposit to your account, please make the proper advance arrangements with your banking institution and advise us of your account number and the branch mailing address. A form is enclosed for your convenience.

I have also enclosed, for your records, a copy of the benefit determination letter from Hooker & Holcombe, Inc., the pension plan actuaries.

If you have any questions, or experience any difficulty in completing the forms, please feel free to call me.

Yours truly,

BYK-CHEMIE USA INC

*Carol Foley*

Carol Foley
Employee Benefits Adm.

enclosures

**BYK 00190**

524 South Cherry Street
Wallingford, CT 06492-7651
Telephone (203) 265-2086
Telefax    (203) 284-9158
Internet   www.byk-chemie.com



BENEFIT CONSULTANTS
AND ACTUARIES

**HOOKER & HOLCOMBE, INC.**

65 LaSalle Road
West Hartford, CT 06107-2397
Fax (860) 521-3742
(860) 521-8400
www.hhconsultants.com



CELEBRATING 45 YEARS 1956-2001

*Confidential*

May 2, 2002

Daniel M. Arnold, F.S.A.
Barbara H. Sheldon, A.S.A.
Ronald O. Schlee, F.S.A.
Arthur L. Gaither
Sarah C. Fitzgerald, M.A.A.A.
Richard S. Sych, F.S.A.
Stuart H. Herskowitz
Barry M. Bonetti
Steve A. Lemanski, F.S.A.
Shirley F. Assantes, M.A.A.A.

Ms. Carol Foley
Employee Benefits Administrator
BYK-Chemie USA, Inc.
524 South Cherry Street
P.O. Box 5670
Wallingford, CT 06492-7651

Russell O. Hooker, F.S.A.
1956-1976
Shepherd M. Holcombe, F.S.A.
1969-1989

Re: *Revised Benefit Calculation for Gilbert E. Linder*
    *BYK-Chemie Qualified and Non-Qualified Pension Plans*

Dear Carol:

We have recalculated the monthly retirement benefits payable to Gilbert E. Linder from the BYK-Chemie Qualified and Non-Qualified Pension Plans using data and pension earnings from our files. These benefits reflect the revised earnings information provided in your May 1, 2002 e-mail.

Please note that Mr. Linder's bonus of $42,500 for 2001 (paid in 2002) has been included in his 2001 earnings. The value of exercised stock options has not been included in his compensation.

We have recalculated the benefits payable at his Early Retirement Date of February 1, 2002 and at his Normal Retirement Date of July 1, 2010. These calculations are in accordance with the current terms of the Qualified Pension Plan and the Non-Qualified Pension Plan and are based on the information shown on the attached displays.

We have assumed the last day worked by Mr. Linder is January 31, 2002 and he has 11 unused vacation days at his date of termination.

Let us know if you have any questions.

Sincerely,

Richard S. Sych

/sjr/ G:\SECWORK\BYKC\BENCALCS\2002\LINDER.DOC
Enclosure

BYK 00191

---

Actuarial Consulting
Defined Benefit Plan Services
Asset/Liability Modeling

Defined Contribution Plan Services
Employee Education
Internet Retirement Solutions

Executive Benefits
Benefits Communication
Retirement Outsourcing Services

# BYK-Chemie Qualified and Non-Qualified Pension Plans

## Gilbert E. Linder

The following table summarizes the total monthly benefits (Qualified Pension Plan plus Non-Qualified Pension Plan benefits) payable to Mr. Linder under the various payment options at this Early and Normal Retirement Dates (Joint & Survivor Benefits assumed payable to spouse born March 26, 1947). The Qualified and Non-Qualified Pension Plan benefits do not reflect the value of stock options exercised.

### Early Retirement Date – February 1, 2002

|  | Monthly Qualified Plan Benefit | Monthly Non-Qualified Plan Benefit | Total Monthly Benefit |
|---|---|---|---|
| Life Annuity | $2,207.76 | $73.00 | $2,280.76 |
| 10 Year Certain & Life | 2,135.35 | 70.61 | 2,205.96 |
| 50% Joint & Survivor | 2,043.22 | 67.56 | 2,110.78 |
| 100% Joint & Survivor | 1,901.50 | 62.87 | 1,964.37 |

### Normal Retirement Date – July 1, 2010

|  | Monthly Qualified Plan Benefit | Monthly Non-Qualified Plan Benefit | Total Monthly Benefit |
|---|---|---|---|
| Life Annuity | $3,992.34 | $ 132.01 | $4,124.35 |
| 10 Year Certain & Life | 3,699.14 | 122.32 | 3,821.46 |
| 50% Joint & Survivor | 3,573.98 | 118.18 | 3,692.16 |
| 100% Joint & Survivor | 3,234.99 | 106.97 | 3,341.96 |

# BYK CHEMIE USA, INC.

## RETIREMENT BENEFIT CALCULATION

| | | | |
|---|---|---|---|
| NAME: | Gilbert E. Linder | | |
| DATE OF BIRTH: | 6/19/1945 | SOCIAL SECURITY NUMBER: | 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 |
| DATE OF HIRE: | 5/11/1981 | NORMAL RETIREMENT DATE: | 7/1/2010 |
| CREDITED SERVICE DATE: | 1/1/1984 | SPOUSE'S DATE OF BIRTH: | 3/26/1947 |
| TERMINATION DATE: | 1/31/2002 | MONTHLY SOCIAL SECURITY | |
| SERVICE AT TERMINATION: | 18.167 | COVERED COMPENSATION (CC): | 4,884.00 |
| EARLY RETIREMENT DATE: | 2/1/2002 | SALARY IN EXCESS OF CC: | 8,040.60 |

AGES AT TERMINATION DATE:
- EMPLOYEE: 56.62
- SPOUSE: 54.85

60 MONTH AVERAGE SALARY (reflecting 401(a)(17) compensation limit):

| PERIOD | SALARY |
|---|---|
| 2/16/2001 - 2/15/2002 | 170,000.00 |
| 2/16/2000 - 2/15/2001 | 161,631.30 |
| 2/16/1999 - 2/15/2000 | 143,699.60 |
| 2/16/1998 - 2/15/1999 | 160,000.00 |
| 2/16/1997 - 2/15/1998 | 140,144.80 |
| TOTAL | 775,475.70 |
| AVERAGE (60 months) | 12,924.60 |

**TOTAL MONTHLY NORMAL RETIREMENT LIFE ANNUITY BENEFIT:**

| | |
|---|---|
| A. 39.5% x AVERAGE (60 months) + 18.5% x (AVERAGE (60 months) - COVERED COMP) | 6,592.73 |
| B. YEARS of CREDITED SERVICE AT TERMINATION / 30 (MAXIMUM FRACTION = 1.000) | 0.605567 |
| C. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE (A. x B.) | 3,992.34 |

D. EARLY RETIREMENT BENEFITS:

| | | |
|---|---|---|
| EARLY RETIREMENT DATE: | 2/1/2002 | |
| YEARS EARLY | 8.417 years | |
| EARLY RETIREMENT FACTOR | | 0.553 |
| MONTHLY EARLY RETIREMENT LIFE ANNUITY BENEFIT: | | 2,207.76 |

| MONTHLY BENEFIT OPTIONS: | AT EARLY RETIREMENT FEBRUARY 1, 2002 | AT NORMAL RETIREMENT JULY 1, 2010 |
|---|---|---|
| LIFE ANNUITY | 2,207.76 | 3,992.34 |
| 10 YEAR CERTAIN & LIFE | 2,135.35 | 3,699.14 |
| 50% JOINT & SURVIVOR | 2,043.22 | 3,573.98 |
| 100% JOINT & SURVIVOR | 1,901.50 | 3,234.99 |

# BYK-CHEMIE NON-QUALIFIED DEFERRED COMPENSATION PLAN

## RETIREMENT BENEFIT CALCULATION

| | | | |
|---|---|---|---|
| NAME: | Gilbert E Linder | | |
| DATE OF BIRTH: | 6/19/1945 | SOCIAL SECURITY NUMBER: | 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 |
| DATE OF HIRE: | 5/11/1981 | NORMAL RETIREMENT DATE: | 7/1/2010 |
| CREDITED SERVICE DATE: | 1/1/1984 | SPOUSE'S DATE OF BIRTH: | 3/26/1947 |
| TERMINATION DATE: | 1/31/2002 | MONTHLY SOCIAL SECURITY | |
| SERVICE AT TERMINATION: | 18.167 | (CC): | 4,884.00 |
| EARLY RETIREMENT DATE: | 2/1/2002 | SALARY IN EXCESS OF CC: | 8,416.46 |

AGES AT TERMINATION DATE:
- EMPLOYEE  56.62
- SPOUSE  54.85

60 MONTH AVERAGE SALARY:

| CALENDAR YEAR | SALARY | |
|---|---|---|
| 2002 | 15,548.09 | (1.536 months) |
| 2001 | 197,950.11 | |
| 2000 | 156,300.10 | |
| 1999 | 141,850.00 | |
| 1998 | 167,700.00 | |
| 1997 | 118,679.20 | (10.464 months) |
| TOTAL | 798,027.50 | |
| AVERAGE (60 months) | 13,300.46 | |

**TOTAL MONTHLY NORMAL RETIREMENT LIFE ANNUITY BENEFIT:**

| | |
|---|---|
| A. 39.5% x AVERAGE (60 months) + 18.5% x (AVERAGE (60 months) - COVERED COMP) | 6,810.73 |
| B. YEARS of CREDITED SERVICE AT TERMINATION / 30 (MAXIMUM FRACTION = 1.000) | 0.605567 |
| C. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE (A. x B.) | 4,124.35 |
| D. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE FROM THE RETIREMENT PLAN OF BYK-CHEMIE (QUALIFIED PLAN) | 3,992.34 |
| E. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE FROM THE BYK-CHEMIE NON-QUALIFIED DEFERRED COMPENSATION PLAN (C. - D.) | 132.01 |
| F. EARLY RETIREMENT BENEFITS: | |
|    EARLY RETIREMENT DATE: 2/1/2002 | |
|    YEARS EARLY  8.417 years | |
|    EARLY RETIREMENT FACTOR | 0.553 |
|    MONTHLY EARLY RETIREMENT LIFE ANNUITY BENEFIT: | 73.00 |

| MONTHLY BENEFIT OPTIONS: | AT EARLY RETIREMENT FEBRUARY 1, 2002 | AT NORMAL RETIREMENT JULY 1, 2010 |
|---|---|---|
| LIFE ANNUITY | 73.00 | 132.01 |
| 10 YEAR CERTAIN & LIFE | 70.61 | 122.32 |
| 50% JOINT & SURVIVOR | 67.56 | 118.18 |
| 100% JOINT & SURVIVOR | 62.87 | 106.97 |

Rlindnq1.xls

**BYK 00194**

5/2/2002

BYK-CHEMIE USA, INC.

PENSION ELECTION FORM

NAME OF PENSIONER  Gilbert E. Linder     PAYMENTS START  2-1-2002

Our Pension Plan provides a normal, Life Only, pension at retirement which is payable as long as you live but ceases upon your death.

In addition, our Pension Plan provides several optional forms of benefit.

   I. IF YOU ARE MARRIED, ALL BENEFITS WILL AUTOMATICALLY BE PAID IN ACCORDANCE WITH OPTION B, UNLESS YOU SELECT AN ALTERNATE METHOD OF PAYMENT.

   II. IF YOU WISH TO ELECT A PENSION OPTION, CHECK THE ONE DESIRED BELOW:

     ( ) A. JOINT & SURVIVOR 100% OPTION -        $ 1901.50
         A reduced monthly pension payable during your lifetime which will continue after your death for the lifetime of your spouse.

     ( ) B. JOINT & SURVIVOR 50% OPTION -         $ 2043.22
         A reduced monthly pension payable during your lifetime. After your death, 50% of that pension will be continued for the lifetime of your spouse. The reduction in your income, however, is less under this option than under the J&S 100% option.

     ( ) C. TEN YEAR CERTAIN AND CONTINUOUS OPTION -   $ 2135.35
         A reduced monthly pension payable during your lifetime but, in the event of your death within ten years after you retire, the same monthly pension will be continued for the balance of the ten years to the person you designate.

   III. IF YOU WISH TO RECEIVE THE NORMAL LIFE ONLY
      FORM OF PENSION, CHECK HERE ( )              $ 2207.76

   IV. If you are married and have selected either the normal life only pension or option C, you MUST complete and return the attached spouse waiver form. If you are not married, please complete the attached certification.

   V. This election, made as of the date below, is subject to the provisions of the plan and the regulations governing the election of pension options, and cancels any previous election of pension option made by you.

   VI. Once pension payments begin, no further changes of pension option are permissible.

_____           _____
      DATE                                    SIGNATURE OF PENSIONER

BYK 00195

I. COMPLETE THE FOLLOWING ONLY IF YOU HAVE ELECTED EITHER PENSION OPTION A OR B.

Name of Spouse _____ Date of Birth _____

Address _____
_____

Date of Marriage _____ Social Security # _____

Submit evidence of spouse's birth date and date of marriage with this application.

II. COMPLETE THE FOLLOWING ONLY IF YOU HAVE ELECTED PENSION OPTION C.

Name of Beneficiary _____

Relationship _____ Social Security # _____

Address _____
_____

III. IF YOU ARE NOT MARRIED, DATE AND SIGN THE FOLLOWING CERTIFICATION.

I certify that I am not legally married. I understand that a false statement by me may cause the plan legal damages, in which event I agree to be fully responsible for all such amounts and agree that this shall be binding upon my heirs and my estate in the event of my death.

| DATE | SIGNATURE |
|---|---|

IV. IF YOU ARE MARRIED AND WISH TO ELECT ANY FORM OF BENEFIT OTHER THAN THE JOINT AND SURVIVOR 50% OR THE JOINT AND SURVIVOR 100% PAYMENTS, THE FOLLOWING FORM MUST BE SIGNED BY THE PENSIONER, SPOUSE AND NOTARY PUBLIC PRIOR TO BENEFIT COMMENCEMENT.

BYK 00196

## SPOUSE WAIVER FORM

I understand that by electing the ( ) 10 Year Certain and Continuous or ( ) Life Only payment options under the Plan at my retirement, I will NOT be providing a continuing benefit to my spouse after my death which is equal to or greater than the automatic Join and Survivor 50% benefit otherwise required by ERISA (as amended by the Retirement Equity Act of 1984). I acknowledge that I have received an explanation of the Joint and Survivor benefit and of the financial effect of waiving that benefit. I hereby elect NOT to have my retirement benefit paid in the form of the automatic Joint and Survivor benefit.

_____          _____
SIGNATURE OF PENSIONER                            DATE

I understand that my spouse, who is entitled to a benefit under the terms of the Plan, is electing a form of payment at retirement that will NOT provide me with a continuing benefit after my spouse's death which is equal to or greater than the automatic Joint and Survivor 50% benefit otherwise required by ERISA (as amended by the Retirement Equity Act of 1984). I further acknowledge that I have received an explanation of the automatic Joint and Survivor benefit and I understand the financial effect on me of my spouse's waiving that benefit. By signing this form I hereby consent to my spouse's election NOT to receive the automatic Joint and Survivor benefit.

_____          _____
SIGNATURE OF SPOUSE                               DATE

_____          _____
NOTARY PUBLIC                                     DATE

BYK 00197

BYK-CHEMIE USA, INC

NON-QUALIFIED DEFERRED COMPENSATION PLAN
PENSION ELECTION FORM

NAME OF PENSIONER  Gilbert E. Linder     PAYMENTS START  2-1-2002

Our Pension Plan provides a normal, Life Only, pension at retirement which is payable as long as you live but ceases upon your death.

In addition, our Pension Plan provides several optional forms of benefit.

  I. IF YOU ARE MARRIED, ALL BENEFITS WILL AUTOMATICALLY BE PAID IN ACCORDANCE WITH OPTION B, UNLESS YOU SELECT AN ALTERNATE METHOD OF PAYMENT.

  II. IF YOU WISH TO ELECT A PENSION OPTION, CHECK THE ONE DESIRED BELOW:

  ( )  A. JOINT & SURVIVOR 100% OPTION -          $ 62.87
       A reduced monthly pension payable during your
       lifetime which will continue after your death for
       the lifetime of your spouse.

  ( )  B. JOINT & SURVIVOR 50% OPTION -           $ 67.56
       A reduced monthly pension payable during your
       lifetime. After your death, 50% of that pension
       will be continued for the lifetime of your spouse.
       The reduction in your income, however, is less
       under this option than under the J&S 100% option.

  ( )  C. TEN YEAR CERTAIN AND CONTINUOUS OPTION -  $ 70.61
       A reduced monthly pension payable during your
       lifetime but, in the event of your death within
       ten years after you retire, the same monthly
       pension will be continued for the balance of the
       ten years to the person you designate.

  III. IF YOU WISH TO RECEIVE THE NORMAL LIFE ONLY
       FORM OF PENSION, CHECK HERE ( )              $ 73.00

  IV. If you are married and have selected either the normal
      life only pension or option C, you MUST complete and
      return the attached spouse waiver form. If you are not
      married, please complete the attached certification.

  V. This election, made as of the date below, is subject to the
     provisions of the plan and the regulations governing the
     election of pension options, and cancels any previous election
     of pension option made by you.

  VI. Once pension payments begin, no further changes of pension
      option are permissible.

_____                         _____
     DATE                                   SIGNATURE OF PENSIONER

BYK 00198

I. COMPLETE THE FOLLOWING ONLY IF YOU HAVE ELECTED EITHER PENSION OPTION A OR B.

Name of Spouse _____ Date of Birth _____

Address _____
        _____

Date of Marriage _____ Social Security # _____

Submit evidence of spouse's birth date and date of marriage with this application.

II. COMPLETE THE FOLLOWING ONLY IF YOU HAVE ELECTED PENSION OPTION C.

Name of Beneficiary _____

Relationship _____ Social Security # _____

Address _____
        _____

III. IF YOU ARE NOT MARRIED, DATE AND SIGN THE FOLLOWING CERTIFICATION.

I certify that I am not legally married. I understand that a false statement by me may cause the plan legal damages, in which event I agree to be fully responsible for all such amounts and agree that this shall be binding upon my heirs and my estate in the event of my death.

_____          _____
        DATE                          SIGNATURE

IV. IF YOU ARE MARRIED AND WISH TO ELECT ANY FORM OF BENEFIT OTHER THAN THE JOINT AND SURVIVOR 50% OR THE JOINT AND SURVIVOR 100% PAYMENTS, THE FOLLOWING FORM MUST BE SIGNED BY THE PENSIONER, SPOUSE AND NOTARY PUBLIC PRIOR TO BENEFIT COMMENCEMENT.

BYK 00199

## SPOUSE WAIVER FORM

I understand that by electing the ( ) 10 Year Certain and Continuous or ( ) Life Only payment options under the Plan at my retirement, I will NOT be providing a continuing benefit to my spouse after my death which is equal to or greater than the automatic Join and Survivor 50% benefit otherwise required by ERISA (as amended by the Retirement Equity Act of 1984). I acknowledge that I have received an explanation of the Joint and Survivor benefit and of the financial effect of waiving that benefit. I hereby elect NOT to have my retirement benefit paid in the form of the automatic Joint and Survivor benefit.

_____     _____
SIGNATURE OF PENSIONER                    DATE

I understand that my spouse, who is entitled to a benefit under the terms of the Plan, is electing a form of payment at retirement that will NOT provide me with a continuing benefit after my spouse's death which is equal to or greater than the automatic Joint and Survivor 50% benefit otherwise required by ERISA (as amended by the Retirement Equity Act of 1984). I further acknowledge that I have received an explanation of the automatic Joint and Survivor benefit and I understand the financial effect on me of my spouse's waiving that benefit. By signing this form I hereby consent to my spouse's election NOT to receive the automatic Joint and Survivor benefit.

_____     _____
SIGNATURE OF SPOUSE                       DATE

_____     _____
NOTARY PUBLIC                             DATE

BYK 00200

## NOTICE TO

## PLAN PARTICIPANT

The distribution you are about to receive from your company's retirement plan is subject to federal income tax withholding unless you elect not to have withholding apply. Withholding will only apply to the portion of your distribution that is included in your income subject to federal income tax.

However, you may elect not to have withholding apply to your distribution payments.

Please complete the attached form W-4P, indicating your election for or against withholding, and return it to your employer.

No distribution will be made to you from your retirement plan until you return this form to your employer.

BYK 00201

## EXPLANATION OF PENSION OPTIONS

Our Pension Plan provides a normal, life only, pension at retirement which is payable as long as you live, but ceases upon your death.

In addition, our Pension Plan provides several optional forms of payment benefits.

If you are married at retirement and want to elect any payment form other than a Qualified Joint & Survivor Annuity with your spouse named as beneficiary, you must obtain the consent of your spouse. Your spouse's consent to waive the Qualified Joint & Survivor Annuity must be in writing and witnessed by a Plan Representative or a Notary Public. The waiver must indicate that your spouse acknowledges the effect of his or her consent to another form of benefit or beneficiary designation. Your Plan Representative can provide the necessary forms.

The following is an explanation of the pension options:

1. NORMAL LIFE ONLY FORM OF PENSION (Life Annuity)

2. TEN YEARS CERTAIN AND LIFE OPTION (10 Years C & L)

   Under this option, you accept a reduced pension payable for your lifetime, but guaranteed for a minimum of 120 monthly payments. This means that if you die after retirement, but before you receive 120 monthly payments, the balance of the guaranteed payments will be paid to your beneficiary.

   When you elect this option, you may name a primary and one or more secondary beneficiaries. By doing this, you will assure that the balance of any guaranteed pension payments remaining after your death will be paid in this order: (1) your primary beneficiary, if surviving you, or (2) your secondary beneficiary or beneficiaries, if surviving you, or (3) the estate of the last beneficiary to die. You may change beneficiary designations at any time prior to the start of pension payments.

3. JOINT & SURVIVOR 50% OPTION (50% J & S)

   A reduced monthly pension payable during your lifetime. After your death, 50% of that pension will be continued for the lifetime of your spouse. The reduction in your income, however, is less under this option than under the J & S 100% option.

4. JOINT & SURVIVOR 100% OPTION (100% J & S)

   A reduced monthly pension payable during your lifetime which will continue after your death for the lifetime of your spouse.

eb
9/94

# DIRECT DEPOSIT AGREEMENT



The Bank of New York
Benefit Disbursements Department
One Wall Street, 26th Floor
New York, NY 10286

I authorize that all payments due me under the _____ Plan be sent electronically to the financial institution named below for credit to my account (account number and type listed below).

Please print the following information:

_____
*Pensioner Name*

_____
*Your Social Security Number*

_____
*Financial Institution Name*

_____
*Financial Institution Street Address Line 1*

_____
*Financial Institution Street Address Line 2, if needed*

_____
*Financial Institution City, State and Zip*

_____
*ACH Bank Routing Number-Attach a Voided Check*

A/C #_____
*Your Account Number at Financial Institution*

<u>Checking</u>   or   <u>Savings</u>                        $_____
*Circle Type of Account*                                  *Your Current Payment Amount*

| **SINGLE NAME ACCOUNT AGREEMENT** | **JOINT NAME ACCOUNT AGREEMENT** |
|---|---|
| If the Bank of New York (BNY) should make a payment by ACH electronic funds transfer, or any other method, subsequent to my death, I hereby agree, on behalf of my executors and administrators, that my estate will refund any such money to BNY. I hereby authorize and direct the Financial Institution, promptly upon demand of BNY, to return such payment to BNY, and in the event such payment shall have been credited to my account to charge said account therefore (except to the extent that such charge shall create an overdraft in the account) and refund such payment to BNY. | The undersigned, who is a joint tenant in the above referenced account or holds a power-of-attorney over such account, hereby agrees that if any funds are credited to the account which represent a payment to the Participant under the Plan made subsequent to the death of such Participant, the undersigned will take no action to withdraw such funds from the account. The undersigned also agrees to take action necessary to return such funds to The Bank of New York. The preceding two sentences shall not in any way diminish any rights that the undersigned may have to receive any payments under the Plan. |
| ***Signature of Pensioner*** | ***Signature of Joint Account Holder-***<br>***BOTH Signatures of Joint Accounts are required*** |
| *(Area Code) and Telephone No.* | *(Area Code) and Telephone No* |
| *Date* | *Date* |

Direct Deposit 12/2000                                              **BYK 00203**