# TAB 8

**Subject:** FW: Antwort: Gill Linder
**Date:** Thu, 25 Apr 2002 12:04:21 -0400
**From:** "Ben-Meyer, Saul" <SBen-Meyer@alston.com>
**To:** "'cfoley@bykchemieusa.com'" <cfoley@bykchemieusa.com>

As we discussed.

-----Original Message-----
From: Paul.Reuter@altana.de [mailto:Paul.Reuter@altana.de]
Sent: Wednesday, April 24, 2002 8:42 AM
To: Ben-Meyer, Saul
Cc: Volker.Mansfeld@altana.de; Peter.Fendel@altana.de
Subject: Antwort: Gill Linder


Dear Mr. Ben-Meyer,

the answer is yes, the option income is not part of the pension calculation,
the signing of the relevant resolution is on the way to be done.

With kind regards


Dr. Paul Reuter
Leiter Beteiligungen
ALTANA AG
Seedammweg 55
61352 Bad Homburg v.d.H.
Tel. +49 (0)6172/404-330
Fax +49 (0)6172/404-412
e-mail: paul.reuter@altana.de


| | | |
|---|---|---|
| "Ben-Meyer, Saul" <SBen-Meyer@alston.com> | An: | "'paul.reuter@altana.de'" <paul.reuter@altana.de> |
| | Kopie: | "'roland.peter@byk.com'" <roland.peter@byk.com> |
| 24.04.2002 13:37 | Thema: | Gill Linder |

BYK 00293