**TAB 9**



# Executives – Enterprise – Shareholders

# Stock Option Plan 2000

BYK 00246

# Contents

◆   Preface .................................................................... 3

◆   Plan Design ............................................................. 4

◆   Entitled Participants ............................................... 5

◆   Individual Investment ............................................. 6

◆   Profit Hurdle ........................................................... 8

◆   Option Exercise ........................................................ 9

◆   Further Explanations ............................................... 12

◆   Contact ................................................................... 16

◆   Overview ................................................................. 17

◆   Sample Calculations ............................................... 18

BYK 00247

## To our Group Executives

We are glad to be able to offer you the participation in the Stock Option Plan 2000.

Basically the conditions of the Stock Option Plan 1999 are applicable .

The detailed stock option plan conditions are included in this booklet. You belong to the circle of leading staff members to whom we offer our option plan. Your participation will reflect again your confidence in ALTANA's future development.

*Klaus Schweickart*

(K. Schweickart)

BYK 00248

- 3 -

▲ ALTANA

## Plan Design

The participants will make an individual investment in ALTANA-shares (only necessary if you did not participate in the Stock Option Plan 1999) which will continue throughout their employment. The individual investment is a prerequisite to receiving options.

The participant is granted options to buy ALTANA-shares at a strike price fixed at plan start.

The right to purchase ALTANA-shares may be exercised only upon the expiration of a blocking period of 2 years from the date of the plan issue, provided that the average earnings per share (EPS) of the present and next business year increases by 20% as compared with the average EPS of the last two years.

If the profit hurdle is not achieved, the option expires.

If the profit hurdle is achieved, the participant has 2 years to exercise the options on ALTANA-shares. The option maintains its value if the then current stock exchange quotation exceeds the previously set strike price. The participant may take the option plan profit and/or purchase ALTANA-shares at the strike price.

Further stock option plans are under consideration.

BYK 00249

△ ALTANA

- 4 -

## Entitled Participants

Participation in this stock option programme is offered to 110 – 120 selected ALTANA Group executives. The participants are divided into three groups comprising the following executives of ALTANA AG and of the companies in Germany and abroad in which ALTANA AG holds a participation of at least 50%:

| Group | Participants | Number of Executives |
|---|---|---|
| A | • Management Board of ALTANA AG | 4 |
| B | • Managing Directors of Group companies with special responsibility for a high sales volume or a strategic business area | approx. 20 |
| C | • Managing Directors of the remaining Group companies<br>• Selected Group executives | approx. 90 |

BYK 00250

- 5 -

△ ALTANA

## Individual Investment
(only necessary if you did not participate in the Stock Option Plan 1999)

Participation in the stock option plan requires an individual investment in ALTANA-shares. The amount of this individual investment depends upon the executive group.

| *Group* | *Individual Investment in Euro* |
|---------|--------------------------------|
| **Group A** | **150,000 €** |
| **Group B** | **50,000 €** |
| **Group C** | **15,000 €** |

The individual investment of at least 50% must be made by the end of the business year in which the stock option plan is issued.



Plan Start
(after ALTANA AG's Annual General Meeting)
Strike Price Fixing

31.12.99    1.7.    31.12.2000

Period of time to provide the
individual investment (at least 50%)

The participant may decide when to make the individual investment within the fixed time period.

BYK 00251

– 6 –

ALTANA

To facilitate the participation in the stock option plan, the individual investment may be made in several steps. At least half of the individual investment must be made by December 31, 2000. The remaining 50% may be invested subsequently and may also be made by way of future option plan profits. As long as the individual investment is not fully paid, 50% of the option plan profits will be taken for reinvestment. An increase of the individual investment is required only in case of option plan profits.

The individual investment may be effected either by purchasing ALTANA-shares or by depositing shares already owned. In the event of a purchase it may be financed through the participant's own resources or by a loan. Upon request, the deposit bank will provide a loan for the participant to enable him to purchase the shares. ALTANA will guarantee the loan so that every entitled party will be able to participate in the stock option plan.

The participant will furnish the stock option plan administration evidence of his having acquired shares with the required value and having transferred them into the deposit of the bank.

The individual investment in ALTANA-shares must be held throughout the participant's employment.

BYK 00252

- 7 -

ALTANA

## Profit Hurdle

The prerequisite to exercise the option on ALTANA-shares is achieving a set profit hurdle.

The profit hurdle is a minimum 20% increase in the average EPS for the business years 2000/2001 as compared with the average for the business years 1998/1999.

The calculation of the EPS (consolidated profit/number of shares) will be made by the Management Board of ALTANA AG in coordination with the Finance Committee of the Supervisory Board. Extraordinary gains or losses will be disregarded.



The profit hurdle will be calculated as shown in the following example:

| EPS | 1998 | 2.59 € | |
| | 1999 | 3.18 € | |
| Average EPS | 98/99 | | 2.88 € |
| EPS | 2000 (assumption) | 3.40 € | |
| | 2001 (assumption) | 3.52 € | |
| Average EPS | 2000/2001 | | 3.46 € |

The increase in the average EPS amounts to 20%. That means that the profit hurdle would be achieved in the example.

- 8 -

ALTANA

BYK 00253

## Option Exercise

### *Option Price (Exercise Price)*

The participants have options to acquire ALTANA-shares at the strike price.

The strike price is determined at plan start. It corresponds to the average value of the standard quotations (Einheitskurse) for ALTANA-shares on the Frankfurt Stock Exchange during the last 20 trading days before the option plan start.

The value of the options is determined by the performance of ALTANA-shares. A profit can be realized if the share price is above the strike price upon exercise. Should the share performance go down, the option will be "out of the money" and will be worthless.



BYK 00254

ALTANA

## Number of Options

The number of the granted options may be seen in the following chart:

| Rank | Options – Number of BYK ADT Shares |
|------|------------------------------------|
| A    | 7,500                              |
| B    | 3,500                              |
| C    | 2,000                              |

## Blocking Period and Exercise Period



After a blocking period of 2 years the options may be exercised. The exercise period is also 2 years.

BYK 00255

▲ ALTANA

The participant can realize the option plan profit and/or purchase ALTANA-shares at the strike price and increase the investment.

If the profit is realized, the amount will be directly paid to the entitled participant, thus avoiding a purchase/sale. In this case, the exercise price will be determined on the basis of the average standard quotations for ALTANA-shares on the Frankfurt Stock Exchange during the last five trading days before the time of exercise (date of receipt of exercise from at ALTANA AG).

If the participant purchases shares, ALTANA will deliver these shares by means of a stock buyback programme.

Before the start of the exercise period you will be informed as to the technical details.

## *Profit and Loss*

If the profit hurdle is achieved, the stock option plan participants will benefit from possible earnings by exercising the options -- the amount of which is determined by the ALTANA-share performance.

The individual's investment in ALTANA-shares is subject to full capital market conditions. The share performance constitutes risks as well as rewards.

Failure to maintain the individual investment throughout employment will result in a forfeiture of all options.

BYK 00256

ALTANA

- 11 -

# Further Explanations

### *Purchase Right*

As a matter of principle, the plan participants must have been employed with ALTANA AG (or one of the companies in which ALTANA holds a participation of at least 50%) for at least six months without having given or received notice of termination of their employment. At the time of granting the stock options, the plan participants may not have given or received notice of employment termination.

The granting of rights to purchase shares of ALTANA AG represents a voluntary additional benefit without any legal entitlement.

The Supervisory Board and the Management Board of ALTANA AG intend to grant future stock options, the present plan participants, however, are not entitled to participate in any future stock option plans, to comparable plan design or to be granted comparable numbers of individual stock option.

Even, if ALTANA repeatedly grants stock options, no right to further participation will be established or implied.

BYK 00257

▲ ALTANA

## Termination of Contract

| Cause | Plan |
|---|---|
| Notice by employee | Exercisable stock options not yet exercised as well as stock options not yet exercisable expire at the day of the employment termination. |
| Notice by employer | |
| Separation of a plant or company from the ALTANA Group | Stock options not yet exercisable expire at the time of the company or plant separation or the participant's death. Exercisable stock options may be exercised until the end of the exercise period, in case of the participant's death, through his heirs. |
| Death | |
| Retirement | Plan continues |
| Occupational and general disability | Plan continues |
| Educational leave,. military service or alternative national service, early retirement old-age part-time employment | As to stock options already granted, the plan continues, but during these periods new stock options will not be granted. In case of a notice after return from military or alternative national service or educational leave, the special regulation for notice will be applied. |

In case of termination of employment or separation of a plant or a company from the ALTANA Group, the employee may — as from the day of the employment termination or the company separation — dispose of the shares deposited as his individual investment.

## Block Periods

The stock option may not be exercised during 10 trading days before the date on which financial statements are made public. The exact dates will be announced to the participants.

The legal insider regulations of the securities trading laws prohibiting taking advantage of insider information are in any case applicable to the participants.

BYK 00258

- 13 -

▲ ALTANA

09/18/01  TUE 16:51  [TX/RX NO 7492]

## Tax Treatment

At the time the stock option is granted, no taxes have to be paid in Germany.

When exercising the stock options, the participants receive a benefit subject to tax according to the individual tax rate. The taxable value of the benefit results from the difference between the share price when exercising the purchase right and the strike price to be paid for the shares.

We will inform you separately concerning the tax regulations to be applied at the time of the option exercise.

The tax treatment in other countries may be different.

## Capital Measures

In the event of capital modifications (e.g. stock split or capital increase), the strike price may be adjusted to reflect a dilution of shares.

## Transferability

The stock options and the resulting rights are non-transferable and may not be sold or pledged (exception in case of death, see page 13).

## Technical Execution

The stock option plan administration is handled by Dresdner Bank AG.

The individual investment to be made by the plan participants will be effected at this bank. The amount of the individual investment shall be paid into the respective account. On the following trading day, the bank shall acquire ALTANA AG shares on behalf of the participant at the market price.

BYK 00259

ALTANA

It is also possible for the participant to transfer ALTANA-shares he already owns into this securities deposit account to fulfil his individual investment obligation. In this case, the ALTANA-share price (standard quotation on the Frankfurt Stock Exchange) at the time of the transfer is used to calculate the value of the individual investment.

The bank shall be custodian of the shares and stock options and shall maintain a separate securities deposit account for every plan participant.

You will be informed separately as to the execution procedures of stock option exercised.

Those employees who intend to participate in the stock option plan must send their statement of participation to the financial department of ALTANA AG by the deadline (see separate "statement of participation").

The payment of the realized profit will be effected via salary payment. The benefit resulting from stock option exercise is subject to income taxes.

The deduction and payment of taxes to the fiscal authorities will be effected by the respective company belonging to the ALTANA Group. It shall receive the relevant details.

As to foreign participants, the applicable national legal regulations must be honored. This may result in restrictions as to plan participation or implementation.

BYK 00260

- 15 -

ALTANA

# Contact

Should you have any questions, please do not hesitate to contact

Dr. Paul Reuter
ALTANA AG
Günther-Quandt-Haus
Seedammweg 55

D-61352 Bad Homburg
Germany

Tel.: 0049-6172/404-330

Fax: 0049-6172/404-412

E-mail: Paul.Reuter@altana.de

BYK 00261

 ALTANA

DI 18.SEP. 18:15 VON:DR. PIETZKE BAD HOM. +49 6172 404427    AN:203 264 9158    SEITE:17

# ALTANA Stock Option Plan - Overview

| | |
|---|---|
| *Plan design:* | If an eligible employee invests in ALTANA-shares during his employment, options may be granted and exercised – if a set profit hurdle is achieved |
| *Entitled participants:* | Approx. 120 ALTANA group executives in the groups A, B and C |
| *Amount of individual investment (if necessary):* | Group A:  150,000 €<br>Group B:  50,000 €<br>Group C:  15,000 € |
| *Funding of individual investment:* | From the beginning of the option plan until the end of the year in which the option plan was issued, at least 50% of the individual investment must be made, 50% may be raised through future option profits. As long as the individual investment is not fully paid, 50% of the option plan profits are applied to complete the individual investment |
| *Options:* | Group A:  7,500<br>Group B:  3,500<br>Group C:  2,000<br><br>1 option comprises the right to purchase 1 ALTANA-share at the strike price |
| *Profit hurdle:* | 20 % increase of the average earnings per share of the two business years since the plan issue compared with the average EPS of the last two years |
| *Strike price:* | The average value of the standard quotations for ALTANA-shares on the Frankfurt Stock Exchange during the last 20 trading days before the start of the option plan |
| *Plan start:* | July 01, 2000 |
| *Blocking period:* | 2 years (until June 30, 2002) |
| *Exercise period:* | 2 years (from July 01, 2002 until June 30, 2004) |
| *Financing mode:* | Purchase of shares to be delivered by ALTANA on the market by means of a stock buyback programme |
| *Technical execution:* | Dresdner Bank, Frankfurt |

- 17 -

▲ ALTANA

BYK 00262