# TAB 10

Mr. Gilbert Linder
BYK-Chemie USA Inc.

 ALTANA

**Exercise of Stock Options of Plan 1999 received on 31.8.01 / Currencie:**  | Encl. 1 |
timeframe to exercise from 1.7.2001 - 30.06.2003

| | |
|---|---|
| Employee's investment still open | 7.448,04 |
| **Dates from statment of exercise** | |
| total number of options (units) | 7.200 |
| number of options to be exercised | 7.200 |
| out of these planned for purchase of stock | 200   non cash |
| therefore for cash settlement | 7.000 |

**Dates to calculate the results of the exercise of the options**

| | |
|---|---|
| strike price | 15,03 |
| exercise price | 53,13 |
| profit before taxes (per option) | 38,10 |
| Total Option profit before taxes | 274.320,00  X,9090 = 249356.88 |

**Completion of Employee's Investment**

| | | | number of shares: |
|---|---|---|---|
| Mandatory employee investment: 50,00% | 137.160,00 | | |
| to be replenished in effect | 7.448,04 | | 140,1852 |
| number of shares (rounded up) | -7.491,33 | rounded up | 141 |
| remaining open employee's investment | 0,00 | | |
| Purchase price for additional purchased shares | -886,77 | | 59 |

**Evaluation of Liquidity**

| use of options for | Cash-Settlement | Completion of Investment required | additional stock pruchase | |
|---|---|---|---|---|
| number of options | 7000 #242430.30 ⌐ 141 | 4863.24 | 59 | 249356.88 |
| Option profit (gross) | 266.700,00 X 9090 | 5.372,10 X 9090 | 2.247,90 X 9090 = 2643.34 | |
| tax burden (assumed: 40%) 40,00% | -106.680,00 | -2.148,84 | -899,16 | |
| stock purchase at strike price | | -2.119,23 | -886,77 | |
| Liquidity effect: | 160.020,00 | -4.268,07 | -1.785,93 | 153.966,00 |

GL                    (F.R.V.)         E.9090

Cash         242430.30
non Cash      6926.58
Total Taxable  249356.88

...ent and the purchase of shares at strike price
liquidity.
as in your accounts by the bank.

P/K 10/17/01