# TAB 11

**From:** "G Linder" <glinder@bykchemieusa.com>
**To:** <hgl@prodigy.net>; "Robert Fortgang"
**Sent:** Wednesday, November 21, 2001 12:12 PM
**Subject:** Copy of email

**Subject:** Early Retirement
**Date:** Wed, 21 Nov 2001 12:08:51 -0500
**From:** Gilbert Linder <gilbert.linder@bcu.byk>
**To:** Carol Foley <carol.foley@bcu.byk>

Carol-- As you know, I am requesting early retirement status at the end of January 2002. Please let me know the status of the following in the final average compensation calculation :

   the 2001 bonus (deferred salary) paid in early 2002
   payment for unused carried-over vacation from 2001 to 2002
   accrued and unused vacation for month of January 2002
   stock option profit paid in November 2001

Thank you.

000072

BYK 00324

2/15/2002