# TAB 12

Re: Determination of Compensation

**Subject: Re: Determination of Compensation**
**Date:** Tue, 29 Jan 2002 00:04:58 -0500
**From:** adulik@altanainc.com
**To:** G Linder <glinder@bykchemieusa.com>, cfoley@bykchemieusa.com

Your assessment is 100% correct. Both the stock option plan and the Altana Investment Plan are compensatory and are includable as wages in the W-2. I've discussed this interpretation with Richard Sych of Hooker & Holcumb who concurs that this income does not meet the definition of "fringe benefits" but is part of compensation. Please let me know if you need any additional information.

---

G Linder
<glinder@bykchem      To:    "adulik@altanainc.com"
<adulik@altanainc.com>
ieusa.com>             cc:
                       Subject:    Determination of
Compensation
01/28/2002 02:09
PM

As a member of the Administrative Committee of the Retirement Plan of Byk Chemie USA, I am authorized to interpret the Plan per section 9.2.5. There are no other members of the Administrative Committee at this time. Two issues have come up concerning compensation to employees relating to the Altana Stock Option Plan (SOP) and the Altana Investment Plan (AIP). In both plans, employees may receive W-2 compensation as a result of exercising stock options or Stock Appreciation Rights. In the AIP, employees may receive W-2 compensation by purchasing Altana AG shares at a discount. In all cases, any income received by the employee will be taxed and reported on Form W-2 by the company.

Per section 1.10 of the Plan, compensation is defined as "the regular remuneration actually paid or accrued by the Employer to or for the benefit of an employee during the period of reference including...any bonuses and pay for overtime or special pay... Compensation shall not include the value of any fringe benefits provided by the Employer, including but not limited to, auto allowances and group term life insurance."

Per Hooker & Holcombe's Actuarial Valuation Report for 2001 for the Byk Chemie USA Retirement Plan, Summary of Plan Provisions, compensation is defined as "Total wages and other amounts reportable on Form W-2...but excluding the value of fringe benefits."

It is my determination that income derived from the SOP should be included in compensation for purposes of determining retirement benefits. The reasons for my position are as follows:
   The SOP has been effective for each year on a regular basis since 1999 and the Managing Board intends to continue the Plan.
   The probability of SOP income is similar to bonuses, including special 5 year bonuses, paid out based on sales and profit performance of the

1 of 2                                                              1/29/02 8:03 A

01/30/02  WED 13:38  [TX/RX NO 8918]

BYK 00283

company. Bonuses are included in pension compensation.
The SOP was devised to be a Compensatory Stock Option Plan and is considered from a GAAP standpoint to be a compensatory plan.
The SOP is included in the Altana AG annual report for 2000, footnote 13 "Stock-based Remuneration".
The SOP is not a fringe benefit as defined by the Plan section 1.10. The intent here was to consider fringes like auto allowances and group term life insurance where dollar values are not readily apparent but have to be imputed by a table or formula.
The Plan does not specifically exclude options, stock appreciation rights or stock purchase discounts from the definition of compensation.
Regarding the AIP, it appears to meet 3 out of 4 criteria to be considered a non-compensatory plan. Whether it meets the criteria relating to stock purchase discount is not clear. Because of this, I do not have an opinion as to whether it should be included in compensation for pension purposes.

Since I cannot participate in any final determination relating to my own benefit under the Plan per section 9.1.2, I am requesting your assistance in reaching a determination per section 9.5 of the Plan which relates to requesting services of others in carrying out provisions of the Plan. I also feel that you are in a good position to make a determination since your retirement plan is very similar to ours and you have the same issues relating to the SOP and AIP.

Would you please assist us in reaching a proper interpretation of whether income resulting from either the SOP or AIP is includable in pension compensation? Please forward your comments to me prior to 2-1-02 or to Carol Foley. Thank you.