# TAB 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GILBERT E. LINDER, | : | CIVIL ACTION NO. |
| | : | 3:02cv1956 (JBA) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | NOVEMBER 04, 2005 |
| BYK-CHEMIE USA INC., in its capacity as | : | |
| Plan Sponsor of the RETIREMENT PLAN OF | : | |
| BYK-CHEMIE USA INC., and the | : | |
| SUPPLEMENTAL RETIREMENT PLAN OF | : | |
| BYK-CHEMIE USA INC., | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF DR. PAUL REUTER

I, Dr. Paul Reuter, hereby declare and attest as follows:

1.

I voluntarily and freely make this declaration of my own personal knowledge for use as evidence in support of Defendants' Motion for Summary Judgment in the above-styled action, and for any other use or purpose authorized by law. I am over the age of twenty-one years, am suffering from no legal disability, and am competent and authorized to make this declaration and to testify to the statements and facts contained herein.

2.

I am the head of mergers and acquisitions for Altana AG, (the "Company"). I am also the administrator of the Altana Stock Option Plan (the "Plan"). As such, I have personal knowledge of the granting, and subsequent exercise, of stock options under the

ATL01/12068946v2

Plan. When implementing the Stock Option Plans in 1999 it was not intended that Stock option profits should be part of annual salary for purposes of calculating salary-dependent payments and benefits.

3.

Under the Plan, the Company has discretion to grant eligible employees stock options. Mr. Arthur Dulik, the Vice President and Treasurer of Altana Inc., was granted stock options under the Plan as follows: 7200 options in 1999; 7200 options in 2000; 7200 options in 2001; and 7200 options in 2002. Mr. Dulik exercised the stock options granted to him under the Plan as follows: 2000 options in November 2001; 5,200 options in January 2003; and 7200 options in November 2003.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 4. day of November, 2005

*Paul Reuter* (signature)
Dr. Paul Reuter

2

ATL01/12068946v2