# TAB 17

## GILBERT E. LINDER
200 NUTMEG PLACE, CHESHIRE, CT 06410
203.272.1261  HGL@COX.NET

May 29, 2002

**VIA FEDERAL EXPRESS**

Dr. Roland Peter
C/o Administrative Committee of the
Retirement Plan of Byk-Chemie USA Inc
524 South Cherry St.
Wallingford, CT 06492

Cc: Carol Foley

Dear Roland:

    I have received the information that Carol Foley mailed to me on May 8, 2002 about my pension benefits under the Byk-Chemie pension plan. From these materials, it appears that the company has decided not to include the compensation that I received when I exercised my stock options last year, in calculating the amount of my benefits.

This decision does not seem fair to me. After all, the plan says that I am entitled to benefits based on my compensation. The plan does not say that compensation resulting from the exercise of stock options should not be included. With this in mind, how can the company justify its decision?

You have terminated my employment as part of the company's reorganization. Now I am out of work at the age of 57, and this additional pension money becomes a very important issue to me. Please let me hear from you as soon as possible.

    Thank you very much.

Best regards,

Gilbert E. Linder

BYK 00359

05/30/02  THU 15:16  [TX/RX NO 9732]