# TAB 18

**Subject: Pension**
**Date:** Thu, 25 Apr 2002 15:29:03 -0400
**From:** C Foley <cfoley@bykchemieusa.com>
**To:** hgl@cox.net

Hi Gil,
I just heard from Saul today regarding your pension calculation. Germany has decided not to include exercised options in the pension calculation. Saul is preparing an amendment to our plan and Altana's pension plan. Germany is sending Saul the relevant resolution regarding this matter. Let me know when you want your final pension calculation done.