# TAB 20





BENEFIT CONSULTANTS
AND ACTUARIES

HOOKER & HOLCOMBE, INC.

65 LaSalle Road
West Hartford, CT 06107-2397
Fax (860) 521-3742
(860) 521-8400
www.hhconsultants.com

March 8, 2002                                    *Confidential*

Ms. Carol Foley
Employee Benefits Administrator
BYK-Chemie USA, Inc.
524 South Cherry Street
P.O. Box 5670
Wallingford, CT 06492-7651

Daniel M. Arnold, F.S.A.
Barbara H. Sheldon, A.S.A.
Ronald O. Schlee, F.S.A.
Arthur L. Gaither
Sarah C. Fitzgerald, M.A.A.A.
Richard S. Sych, F.S.A.
Stuart H. Herskowitz
Barry M. Bonetti
Steve A. Lemanski, F.S.A.
Shirley F. Assantes, M.A.A.A.

Russell O. Hooker, F.S.A.
1956-1976
Shepherd M. Holcombe, F.S.A.
1969-1989

Re:  *Benefit Calculation for Gilbert E. Linder*
     *BYK-Chemie Qualified and Non-Qualified Pension Plans*

Dear Carol:

We have calculated the monthly retirement benefits payable to Gilbert E. Linder from the BYK-Chemie Qualified and Non-Qualified Pension Plans. The Pension Plan benefits have been calculated under two scenarios:

> *Scenario 1* -  Value of Exercised Stock Options Included in Compensation

> *Scenario 2* -  Value of Exercised Stock Options Not Included in Compensation*

* *Please note that if the value of stock options exercised is not included in compensation, his Qualified Plan Benefit is the same as our original calculation (sent February 28, 2002).*

We have calculated the benefits payable at his Early Retirement Date of May 1, 2002 and at his Normal Retirement Date of July 1, 2010 under both scenarios. These calculations are in accordance with the current terms of the Qualified Pension Plan and the Non-Qualified Pension Plan and are based on the information shown on the attached displays.

We have assumed the last day worked by Mr. Linder is January 31, 2002 and he had no unused vacation at his date of termination.

Let us know if you have any questions.

Sincerely,

Richard S. Sych

Enclosure
/jm

BYK 00367

G:\SECWORK\BYKC\BENCALCS\2002\LINDER.DOC

---

Actuarial Consulting
Defined Benefit Plan Services
Asset/Liability Modeling

Defined Contribution Plan Services
Employee Education
Internet Retirement Solutions

Executive Benefits
Benefits Communication
Retirement Outsourcing Services

## Scenario 1 – Value of Exercised Stock Options Included In Compensation

The following table summarizes the total monthly benefits (Qualified Pension Plan plus Non-Qualified Pension Plan benefits) payable to Mr. Linder under the various payment options at this Early and Normal Retirement Dates (Joint & Survivor Benefits assumed payable to spouse born March 26, 1947). The Qualified and Non-Qualified Pension Plan benefits reflect the value of stock options exercised.

### Early Retirement Date – May 1, 2002

|  | Monthly Qualified Plan Benefit | Monthly Non-Qualified Plan Benefit | Total Monthly Benefit |
|---|---|---|---|
| Life Annuity | $2,249.97 | $752.22 | $3,002.19 |
| 10 Year Certain & Life | 2,176.17 | 727.55 | 2,903.72 |
| 50% Joint & Survivor | 2,082.28 | 696.16 | 2,778.44 |
| 100% Joint & Survivor | 1,937.85 | 647.87 | 2,585.72 |

### Normal Retirement Date – July 1, 2010

|  | Monthly Qualified Plan Benefit | Monthly Non-Qualified Plan Benefit | Total Monthly Benefit |
|---|---|---|---|
| Life Annuity | $4,010.65 | $1,340.85 | $5,351.50 |
| 10 Year Certain & Life | 3,716.11 | 1,242.38 | 4,958.49 |
| 50% Joint & Survivor | 3,590.37 | 1,200.34 | 4,790.71 |
| 100% Joint & Survivor | 3,249.83 | 1,086.49 | 4,336.32 |

HOOKER & HOLCOMBE, INC.
BENEFIT CONSULTANTS AND ACTUARIES

BYK 00368

## BYK CHEMIE USA, INC.

### RETIREMENT BENEFIT CALCULATION

| | | | |
|---|---|---|---|
| NAME: | Gilbert E. Linder | | |
| DATE OF BIRTH: | 6/19/1945 | SOCIAL SECURITY NUMBER: | 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 |
| DATE OF HIRE: | 5/11/1981 | NORMAL RETIREMENT DATE: | 7/1/2010 |
| CREDITED SERVICE DATE: | 1/1/1984 | SPOUSE'S DATE OF BIRTH: | 3/26/1947 |
| TERMINATION DATE: | 1/31/2002 | MONTHLY SOCIAL SECURITY | |
| SERVICE AT TERMINATION: | 18.083 | COVERED COMPENSATION (CC): | 4,884.00 |
| EARLY RETIREMENT DATE: | 5/1/2002 | SALARY IN EXCESS OF CC: | 8,145.79 |

AGES AT TERMINATION DATE:
  EMPLOYEE                          56.62
  SPOUSE                            54.85

60 MONTH AVERAGE SALARY (reflecting 401(a)(17) compensation limit):

| PERIOD | SALARY |
|---|---|
| 2/1/2001 - 1/31/2002 | 170,000.00 |
| 2/1/2000 - 1/31/2001 | 170,000.00 |
| 2/1/1999 - 1/31/2000 | 143,054.18 |
| 2/1/1998 - 1/31/1999 | 160,000.00 |
| 2/1/1997 - 1/31/1998 | <u>138,733.33</u> |

TOTAL                                          781,787.51

AVERAGE (60 months)                            13,029.79

TOTAL MONTHLY NORMAL RETIREMENT LIFE ANNUITY BENEFIT:

| | |
|---|---|
| A. 39.5% x AVERAGE (60 months) + 18.5% x (AVERAGE (60 months) - COVERED COMP) | 6,653.74 |
| B. YEARS of CREDITED SERVICE AT TERMINATION / 30 (MAXIMUM FRACTION = 1.000) | 0.602767 |
| C. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE (A. x B.) | 4,010.65 |

D. EARLY RETIREMENT BENEFITS:
  EARLY RETIREMENT DATE:           5/1/2002
  YEARS EARLY                      8.167 years
  EARLY RETIREMENT FACTOR                               0.561
  MONTHLY EARLY RETIREMENT LIFE ANNUITY BENEFIT:        2,249.97

| MONTHLY BENEFIT OPTIONS: | AT EARLY RETIREMENT MAY 1, 2002 | AT NORMAL RETIREMENT JULY 1, 2010 |
|---|---|---|
| LIFE ANNUITY | 2,249.97 | 4,010.65 |
| 10 YEAR CERTAIN & LIFE | 2,176.17 | 3,716.11 |
| 50% JOINT & SURVIVOR | 2,082.28 | 3,590.37 |
| 100% JOINT & SURVIVOR | 1,937.85 | 3,249.83 |

# BYK-CHEMIE NON-QUALIFIED DEFERRED COMPENSATION PLAN

### RETIREMENT BENEFIT CALCULATION

| | | | |
|---|---|---|---|
| NAME: | Gilbert E Linder | | |
| DATE OF BIRTH: | 6/19/1945 | SOCIAL SECURITY NUMBER: | 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 |
| DATE OF HIRE: | 5/11/1981 | NORMAL RETIREMENT DATE: | 7/1/2010 |
| CREDITED SERVICE DATE: | 1/1/1984 | SPOUSE'S DATE OF BIRTH: | 3/26/1947 |
| TERMINATION DATE: | 1/31/2002 | MONTHLY SOCIAL SECURITY | |
| SERVICE AT TERMINATION: | 18.083 | (CC): | 4,884.00 |
| EARLY RETIREMENT DATE: | 5/1/2002 | SALARY IN EXCESS OF CC: | 11,981.11 |

AGES AT TERMINATION DATE:
   EMPLOYEE       56.62
   SPOUSE           54.85

60 MONTH AVERAGE SALARY:

| | CALENDAR YEAR | SALARY | |
|---|---|---|---|
| | 2002 | 16,491.18 | (1.000 months) |
| | 2001 | 404,806.99 | |
| | 2000 | 156,300.10 | |
| | 1999 | 141,850.00 | |
| | 1998 | 167,700.00 | |
| | 1997 | <u>124,758.33</u> | (11.000 months) |
| TOTAL | | 1,011,906.60 | |
| AVERAGE (60 months) | | 16,865.11 | |

TOTAL MONTHLY NORMAL RETIREMENT LIFE ANNUITY BENEFIT:

| | |
|---|---|
| A. 39.5% x AVERAGE (60 months) + 18.5% x (AVERAGE (60 months) - COVERED COMP) | 8,878.22 |
| B. YEARS of CREDITED SERVICE AT TERMINATION / 30 (MAXIMUM FRACTION = 1.000) | 0.602767 |
| C. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE (A. x B.) | 5,351.50 |
| D. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE FROM THE RETIREMENT PLAN OF BYK-CHEMIE (QUALIFIED PLAN) | 4,010.65 |
| E. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE FROM THE BYK-CHEMIE NON-QUALIFIED DEFERRED COMPENSATION PLAN (C. - D.) | 1,340.85 |

F. EARLY RETIREMENT BENEFITS:

| | | |
|---|---|---|
| EARLY RETIREMENT DATE: | 5/1/2002 | |
| YEARS EARLY | 8.167 years | |
| EARLY RETIREMENT FACTOR | | 0.561 |
| MONTHLY EARLY RETIREMENT LIFE ANNUITY BENEFIT: | | 752.22 |

| MONTHLY BENEFIT OPTIONS: | AT EARLY RETIREMENT MAY 1, 2002 | AT NORMAL RETIREMENT JULY 1, 2010 |
|---|---|---|
| LIFE ANNUITY | 752.22 | 1,340.85 |
| 10 YEAR CERTAIN & LIFE | 727.55 | 1,242.38 |
| 50% JOINT & SURVIVOR | 696.16 | 1,200.34 |
| 100% JOINT & SURVIVOR | 647.87 | 1,086.49 |

Lindnq2.xls                                              3/8/2002

BYK 00370

## *Scenario 2 – Value of Exercised Stock Options Not Included In Compensation*

The following table summarizes the total monthly benefits (Qualified Pension Plan plus Non-Qualified Pension Plan benefits) payable to Mr. Linder under the various payment options at this Early and Normal Retirement Dates (Joint & Survivor Benefits assumed payable to spouse born March 26, 1947). The Qualified and Non-Qualified Pension Plan benefits do not reflect the value of stock options exercised.

### Early Retirement Date – May 1, 2002

|  | Monthly Qualified Plan Benefit | Monthly Non-Qualified Plan Benefit | Total Monthly Benefit |
|---|---|---|---|
| Life Annuity | $2,168.96 | $18.13 | $2,187.09 |
| 10 Year Certain & Life | 2,097.82 | 17.54 | 2,115.36 |
| 50% Joint & Survivor | 2,007.31 | 16.78 | 2,024.09 |
| 100% Joint & Survivor | 1,868.08 | 15.62 | 1,883.70 |

### Normal Retirement Date – July 1, 2010

|  | Monthly Qualified Plan Benefit | Monthly Non-Qualified Plan Benefit | Total Monthly Benefit |
|---|---|---|---|
| Life Annuity | $3,866.24 | $ 32.32 | $3,898.56 |
| 10 Year Certain & Life | 3,582.30 | 29.95 | 3,612.25 |
| 50% Joint & Survivor | 3,461.10 | 28.93 | 3,490.03 |
| 100% Joint & Survivor | 3,132.81 | 26.19 | 3,159.00 |

G:\SECWORK\BYKC\BENCALCS\2002\Linder.doc

# BYK CHEMIE USA, INC.

## RETIREMENT BENEFIT CALCULATION

| | | | |
|---|---|---|---|
| NAME: | Gilbert E. Linder | | |
| DATE OF BIRTH: | 6/19/1945 | SOCIAL SECURITY NUMBER: | 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 |
| DATE OF HIRE: | 5/11/1981 | NORMAL RETIREMENT DATE: | 7/1/2010 |
| CREDITED SERVICE DATE: | 1/1/1984 | SPOUSE'S DATE OF BIRTH: | 3/26/1947 |
| TERMINATION DATE: | 1/31/2002 | MONTHLY SOCIAL SECURITY | |
| SERVICE AT TERMINATION: | 18.083 | COVERED COMPENSATION (CC): | 4,884.00 |
| EARLY RETIREMENT DATE: | 5/1/2002 | SALARY IN EXCESS OF CC: | 7,732.73 |

AGES AT TERMINATION DATE:
- EMPLOYEE         56.62
- SPOUSE           54.85

60 MONTH AVERAGE SALARY (reflecting 401(a)(17) compensation limit):

| PERIOD | SALARY |
|---|---|
| 2/1/2001 - 1/31/2002 | 158,987.11 |
| 2/1/2000 - 1/31/2001 | 156,229.27 |
| 2/1/1999 - 1/31/2000 | 143,054.18 |
| 2/1/1998 - 1/31/1999 | 160,000.00 |
| 2/1/1997 - 1/31/1998 | 138,733.33 |

TOTAL                         757,003.89

AVERAGE (60 months)           12,616.73

TOTAL MONTHLY NORMAL RETIREMENT LIFE ANNUITY BENEFIT:

| | |
|---|---|
| A. 39.5% x AVERAGE (60 months) + 18.5% x (AVERAGE (60 months) - COVERED COMP) | 6,414.16 |
| B. YEARS of CREDITED SERVICE AT TERMINATION / 30 (MAXIMUM FRACTION = 1.000) | 0.602767 |
| C. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE (A. x B.) | 3,866.24 |

D. EARLY RETIREMENT BENEFITS:

| | | |
|---|---|---|
| EARLY RETIREMENT DATE: | 5/1/2002 | |
| YEARS EARLY | 8.167 years | |
| EARLY RETIREMENT FACTOR | | 0.561 |
| MONTHLY EARLY RETIREMENT LIFE ANNUITY BENEFIT: | | 2,168.96 |

| MONTHLY BENEFIT OPTIONS: | AT EARLY RETIREMENT MAY 1, 2002 | AT NORMAL RETIREMENT JULY 1, 2010 |
|---|---|---|
| LIFE ANNUITY | 2,168.96 | 3,866.24 |
| 10 YEAR CERTAIN & LIFE | 2,097.82 | 3,582.30 |
| 50% JOINT & SURVIVOR | 2,007.31 | 3,461.10 |
| 100% JOINT & SURVIVOR | 1,868.08 | 3,132.81 |

## BYK-CHEMIE NON-QUALIFIED DEFERRED COMPENSATION PLAN

### RETIREMENT BENEFIT CALCULATION

| | | | |
|---|---|---|---|
| NAME: | Gilbert E Linder | | |
| DATE OF BIRTH: | 6/19/1945 | SOCIAL SECURITY NUMBER: | 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 |
| DATE OF HIRE: | 5/11/1981 | NORMAL RETIREMENT DATE: | 7/1/2010 |
| CREDITED SERVICE DATE: | 1/1/1984 | SPOUSE'S DATE OF BIRTH: | 3/26/1947 |
| TERMINATION DATE: | 1/31/2002 | MONTHLY SOCIAL SECURITY | |
| SERVICE AT TERMINATION: | 18.083 | (CC): | 4,884.00 |
| EARLY RETIREMENT DATE: | 5/1/2002 | SALARY IN EXCESS OF CC: | 7,825.16 |

AGES AT TERMINATION DATE:
 EMPLOYEE            56.62
 SPOUSE              54.85

60 MONTH AVERAGE SALARY:

| CALENDAR YEAR | SALARY | |
|---|---|---|
| 2002 | 16,491.18 | (1.000 months) |
| 2001 | 155,450.11 | |
| 2000 | 156,300.10 | |
| 1999 | 141,850.00 | |
| 1998 | 167,700.00 | |
| 1997 | <u>124,758.33</u> | (11.000 months) |
| TOTAL | 762,549.72 | |
| AVERAGE (60 months) | 12,709.16 | |

TOTAL MONTHLY NORMAL RETIREMENT LIFE ANNUITY BENEFIT:

| | |
|---|---|
| A. 39.5% x AVERAGE (60 months) + 18.5% x (AVERAGE (60 months) - COVERED COMP) | 6,467.77 |
| B. YEARS of CREDITED SERVICE AT TERMINATION / 30 (MAXIMUM FRACTION = 1.000) | 0.602767 |
| C. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE (A. x B.) | 3,898.56 |
| D. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE FROM THE RETIREMENT PLAN OF BYK-CHEMIE (QUALIFIED PLAN) | 3,866.24 |
| E. MONTHLY LIFE ANNUITY PAYABLE AT NORMAL RETIREMENT DATE FROM THE BYK-CHEMIE NON-QUALIFIED DEFERRED COMPENSATION PLAN (C. - D.) | 32.32 |

F. EARLY RETIREMENT BENEFITS:

| | | |
|---|---|---|
| EARLY RETIREMENT DATE: | 5/1/2002 | |
| YEARS EARLY | 8.167 years | |
| EARLY RETIREMENT FACTOR | | 0.561 |
| MONTHLY EARLY RETIREMENT LIFE ANNUITY BENEFIT: | | 18.13 |

| MONTHLY BENEFIT OPTIONS: | AT EARLY RETIREMENT MAY 1, 2002 | AT NORMAL RETIREMENT JULY 1, 2010 |
|---|---|---|
| LIFE ANNUITY | 18.13 | 32.32 |
| 10 YEAR CERTAIN & LIFE | 17.54 | 29.95 |
| 50% JOINT & SURVIVOR | 16.78 | 28.93 |
| 100% JOINT & SURVIVOR | 15.62 | 26.19 |

Lindnq1.xls                                                         3/6/2002

**BYK 00373**