UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT E. LINDER,** | : | CIVIL ACTION NO. |
|     **Plaintiff** | : | |
| | : | 3:02cv1956 (JGM) |
| **v.** | : | |
| | : | |
| **BYK-CHEMIE USA INC.**, in its Capacity | : | |
| as Plan Sponsor of the **RETIREMENT** | : | |
| **PLAN OF BYK-CHEMIE USA INC.**, and | : | |
| the **SUPPLEMENTAL RETIREMENT** | : | |
| **PLAN OF BYK-CHEMIE USA INC.**, | : | |
|     **Defendants** | : | NOVEMBER 23, 2005 |

### PARTIES' JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE

COMES NOW Plaintiff Gilbert E. Linder and Defendants BYK-Chemie USA, Inc. and the Supplemental Retirement Plan of BYK-Chemie USA, Inc. (collectively the "Parties") and hereby move this Honorable Court for an order extending the deadline for filing the briefs in opposition to the motions for summary judgment filed by the respective parties on November 8, 2005. The Parties request that the deadline for filing the briefs in opposition be extended to December 21, 2005 and reply briefs to January 10, 2006. In support of such extension, the Parties show the Court as follows:

1.    The due date for the motions for summary judgment was extended from October 31, 2005 to November 8, 2005 and consented to by both parties. The Parties did, in fact, file their respective motions for summary judgment on November 8, 2005. The original deadline for filing the briefs in opposition was November 21, 2005 and based on the extension, the new due date would be November 29, 2005.

2.    There is an intervening holiday that interferes with the new deadline for filing briefs in opposition.

3. There has been a change in lead counsel for the Plaintiff and more time is required for new counsel to become familiar with all of the issues raised in the summary judgment motions.

4. Both parties are requesting additional time to prepare their respective briefs.

5. In light of the requested extension with respect to the filing of briefs in opposition, the parties also respectfully request that the deadline for reply briefs be extended as set forth in the attached proposed scheduling order to give each party three weeks to accommodate holiday schedules between the filing of the briefs in opposition and any reply briefs.

6. The parties show that this is the first time they have sought an extension of the deadline for filing briefs in opposition to the motions for summary judgment filed by the Parties on November 8, 2005.

**WHEREFORE**, the parties respectfully request that the Court grant their Motion to Extend the Briefing Schedule as set forth above.

This 23rd day of November, 2005.

| | |
|---|---|
| Respectfully submitted,<br>THE DEFENDANTS<br>BY: | Respectfully submitted,<br>THE PLAINTIFF<br>BY: |
| _____<br>Michael G. Monnolly<br>Federal Bar No.: ct24620<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>(404) 881-7816 | _____<br>Dominic Fulco III<br>Fed. Bar ID No. ct06494<br>Reid and Riege, P.C.<br>One Financial Plaza<br>755 Main Street<br>Hartford, CT 06103<br>Tel: (860) 240-1098 |

mmonnolly@alston.com

Fax: (860) 240-1002
dfulco@reidandriege.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing motion was served via first-class mail, postage prepaid, this ___th day of November, 2005, to:

| | |
|---|---|
| Charles F. Corcoran, III, Esq. Carmody & Torrance LLP 195 Church Street P.O. Box 1950 New Haven, Connecticut 06509-1950 | Michael G. Monnolly, Esquire Alston & Bird, LLP One Atlantic Center 1201 West Peachtree Street Atlanta, GA 30309-3424 |

                                              _____
                                                    Dominic Fulco III

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **GILBERT E. LINDER,** | : | **CIVIL ACTION NO.** |
|     **Plaintiff** | : | |
| | : | **3:02cv1956 (JGM)** |
| **v.** | : | |
| | : | |
| **BYK-CHEMIE USA INC., in its Capacity** | : | |
| **as Plan Sponsor of the RETIREMENT** | : | |
| **PLAN OF BYK-CHEMIE USA INC., and** | : | |
| **the SUPPLEMENTAL RETIREMENT** | : | |
| **PLAN OF BYK-CHEMIE USA INC.,** | : | |
|     **Defendants** | : | _____, 2005 |

## **ORDER**

For good cause shown, the Court grants Parties Joint Motion to Extend the Briefing

Schedule.

2.   By agreement of counsel, all briefs in opposition shall be filed on or before

December     21, 2005, and all reply briefs shall be filed on or before January 10,

2006.

Dated at New Haven, Connecticut, this \_\_\_\_\_ of _____, 2005.
           SO ORDERED.

_____
                                                                                     Clerk/Judge