UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER, | : CIVIL ACTION NO. |
| Plaintiff, | : 02-CV-1956 (JGM) |
| v. | : |
| BYK-CHEMIE USA INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC., | : |
| Defendants. | : DECEMBER 21, 2005 |

## LOCAL RULE 56(a)2 STATEMENT IN OPPOSITION TO DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56(a)2 Plaintiff Gilbert E. Linder ("Plaintiff") respectfully submits this statement admitting or denying facts asserted in the Local Rule 56(a)1 Statement In Support of Defendants' Second Motion for Summary Judgment (the "Defendants' Statement").

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

16822.000/400957.1

7.  Plaintiff admits receiving consideration in exchange for releasing certain employment claims against BYK-Chemie USA, Inc. Plaintiff denies that the consideration he received was in exchange for releasing his claims against BYK-Chemie Retirement Plan and the BYK-Chemie USA Inc. Supplemental Retirement Plan.

8.  Plaintiff admits that he was a fiduciary under the Retirement Plan, but denies that "he suffered from a conflict of interest" since that is a legal conclusion to be determined by the Court.

9.  Plaintiff admits that Mr. Arthur Dulik held stock options and he was a participant in a defined benefit plan with identical terms, but denies that he suffered from a conflict of interest since that is a legal conclusion to be determined by the Court.

10. This statement would not be admissible at trial and therefore is denied by Plaintiff. See Plaintiff's Memorandum of Law. Also, Plaintiff does not have sufficient information to admit or deny this statement and therefore denies the same.

11. This statement would not be admissible at trial and therefore is denied by Plaintiff. See Plaintiff's Memorandum of Law. Also, Plaintiff does not have sufficient information to admit or deny this statement and therefore denies the same.

12. Admitted.

13. Plaintiff admits that the Retirement Plan provides for benefit accruals based upon an employee's compensation and years of service with BYK-Chemie. Plaintiff denies that benefits are intended to accrue ratably over an employee's working career.

14. Admitted.

16822.000/400957.1

15.  Admitted.

**DISPUTED ISSUES OF MATERIAL FACT**

1.  Plaintiff did not intend to release the BYK-Chemie Retirement Plan ("Retirement Plan") or the BYK-Chemie USA, Inc. Supplemental Retirement Plan ("SERP") when he entered an Agreement and Release (the "Agreement"). See Affidavit of Plaintiff in Opposition to Defendants' Motion for Summary Judgment, ¶3.

2.  When Plaintiff signed the Agreement he intended to release only BYK Chemie USA, Inc. ("BYK") and its shareholders, officers, directors, employees, agents and affiliated companies. Plaintiff did not intend to release the Plan or SERP from any claims that he had or may have against those entities. Id. ¶5.

3.  Plaintiff's intent in signing the Agreement was to resolve employment claims that he had against BYK and to release employment claims that he had against only BYK. When Plaintiff signed the Agreement he did not intend to release any claims relating to the calculation of his benefits under the Plan or SERP. Id. ¶6.

4.  The consideration Plaintiff received for signing the Agreement was in exchange for releasing certain employment claims against BYK. The consideration Plaintiff received was not in exchange for giving a release of the claims he has made in this lawsuit. Id. ¶7

16822.000/400957.1

PLAINTIFF, GILBERT E. LINDER

By: _____
Dominic Fulco III
Fed. Bar ID No. ct06494
Reid and Riege, P.C.
One Financial Plaza  21st Floor
Hartford, CT 06103
Tel: (860) 278-1150
Fax: (860) 240-1002
dfulco@reidandriege.com
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was served via first-class mail, postage prepaid this 21st day of December, 2005, to:

Charles F. Corcoran, III, Esq.  
Carmody & Torrance LLP  
195 Church Street  
P.O. Box 1950  
New Haven, Connecticut 06509-1950  

Michael G. Monnolly, Esquire  
Alston & Bird, LLP  
One Atlantic Center  
1201 West Peachtree Street  
Atlanta, GA 30309-3424  

_____
Dominic Fulco III

4

16822.000/400957.1