IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER | : CIVIL ACTION NO.<br>: 3:02cv1956 (JGM) |
| Plaintiff, | : |
| VS. | : |
| | : December 21, 2005 |
| BYK-CHEMIE USA, INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC., | : |
| Defendant. | : |

**BYK-CHEMIE USA, INC.'S
NOTICE OF FILING EXHIBIT 21 IN SUPPORT OF
DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant BYK-Chemie USA, Inc. ("BYK-Chemie"), respectfully submits the attached Exhibit 21 ("Declaration of Carol M. Foley") in support of its response in opposition to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted this 21st day of December, 2005.

THE DEFENDANT,

BY: _____
ANNE D. PETERSON
FOR: Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
(203) 777-5501
Federal Bar No. ct20181

{N0740609}ATL01/12106815v1

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Lawrence H. Lissitzyn, Esq., Dominic Fulco, III
Todd S. Federico, Robert B. Huff
Reid and Riege PC
One Financial Plaza
755 Main Street
Hartford, CT 06103-3185

_____
Anne D. Peterson

{N0740609}
ATL01/12106815v1

- 2 -

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law           Post Office Box 1950
                           New Haven, CT 06509-1950
                           Telephone: 203 777-5501