# Exhibit 21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER, | CIVIL ACTION NO. 3:02cv1956 (JBA) |
| Plaintiff, | |
| VS. | |
| BYK-CHEMIE USA INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC., | DECEMBER 19, 2005 |
| Defendants. | |

## DECLARATION OF CAROL M. FOLEY

I, Carol M. Foley hereby declare and attest as follows:

1.

I voluntarily and freely make this declaration of my own personal knowledge for use as evidence in support of Defendants' Motion for Summary Judgment in the above-styled action, and for any other use or purpose authorized by law. I am over the age of twenty-one years, am suffering from no legal disability, and am competent and authorized to make this declaration and to testify to the statements and facts contained herein.

2.

I have been employed by BYK-Chemie USA, Inc. ("BYK-Chemie" or the "Company"), for over 17 years. Since 1992, I have been the Employee Benefits Administrator for BYK-Chemie. As Employee Benefits Administrator, I am responsible for payroll, employee benefits and human resources issues. Part of my job

responsibilities include day-to-day administration of the BYK-Chemie Retirement Plan ("Retirement Plan") and the BYK-Chemie Supplemental Retirement Plan ("SERP"). As a result, I am familiar with the calculation of pension benefits, including specifically what payments are included in "Compensation" as defined under the Retirement Plan.

3.

The Company has never characterized or considered the proceeds from the exercise of stock options as either Bonus or Special Pay under Section 1.10 of the Retirement Plan or under the SERP. The Company has never used the Special Pay category for any compensation paid to employees. Employee bonuses are paid pursuant to a bonus plan that provides bonus pay to employees when the company achieves certain sales criteria and where the employee achieves certain personal goals. Unlike stock options, employees are not required to make an investment in the Company to receive a bonus.

4.

Stock option proceeds would not be treated as either Special pay or a Bonus because option holders are required to make and maintain an initial investment in Company stock as a prerequisite to participating in the Stock Option Plan (the "SOP"). Furthermore, at the time participants in the SOP exercise their stock options they are required to purchase the shares that relate to the options exercised. Thus, Stock Option Plan income is not regular cash compensation controlled by the Company, rather it is investment income controlled by the option holder.

5.

The proceeds from the stock options that were exercised by Mr. Linder in 2000 were categorized as "miscellaneous pay" on the payroll system, which is the same designation used for other fringe benefits that are not included in "Compensation" under Section 1.10 of the Plan.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 20st day of December, 2005.

*Carol M. Foley*
Carol M. Foley