UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILBERT E. LINDER, | :   CIVIL ACTION NO. |
|     Plaintiff, | :   02-CV-1956 (JGM) |
| v. | : |
| BYK-CHEMIE USA INC., in its capacity as Plan Sponsor of the RETIREMENT PLAN OF BYK-CHEMIE USA INC., and the SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC., | : |
|     Defendants. | :   January 6, 2006 |

## MOTION FOR EXTENSION OF TIME

Plaintiff Gilbert E. Linder ("Plaintiff"), by and through his undersigned counsel, hereby moves for an extension of time for three (3) days to and including January 13, 2006, to file his brief in reply (the "Reply Brief") to Defendants' opposition to Plaintiff's Motion for Summary Judgment. In support of this motion, the Plaintiff respectfully represents.

1. Defendants' counsel consents to the extension of time sought herein.

2. This is the second time that Plaintiff has sought an extension of time in connection with the reply brief. The first request was made as a part of Parties' Joint Motion to Extend the Briefing Schedule dated November 23, 2005.

3. Under the present court order, the Reply Brief is due on January 10, 2006.

16822.000/402364.1

**WHEREFORE**, the Plaintiff respectfully requests an extension of time, to and including January 13, 2006, to file his reply brief.

PLAINTIFF, GILBERT E. LINDER

By: _____
Dominic Fulco III
Fed. Bar ID No. ct06494
Reid and Riege, P.C.
One Financial Plaza  21st Floor
Hartford, CT 06103
Tel: (860) 278-1150
Fax: (860) 240-1002
dfulco@reidandriege.com
His Attorney

### CERTIFICATION

This is to certify that a copy of the foregoing was served via first-class mail, postage prepaid this 6th day of January, 2006, to:

| | |
|---|---|
| Charles F. Corcoran, III, Esq.<br>Carmody & Torrance LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, Connecticut 06509-1950 | Michael G. Monnolly, Esquire<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |

_____
Dominic Fulco III

16822.000/400957.1