UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GILBERT E. LINDER,** | : CIVIL ACTION NO. |
| | : 02-CV-1956(JGM) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **BYK-CHEMIE USA, INC.,** in its | : |
| Capacity as Plan Sponsor of the | : |
| RETIREMENT PLAN OF BYK-CHEMIE | : |
| USA INC., and the SUPPLEMENTAL | : |
| RETIREMENT PLAN OF BYK- | : |
| CHEMIE USA INC., | : |
| | : |
| Defendants. | : January 13, 2006 |

**MOTION TO FILE EXCESS PAGES OF DEFENDANTS'
REPLY MEMORANDUM IN SUPPORT OF THEIR
<u>SECOND MOTION FOR SUMMARY JUDGMENT</u>**

COME NOW Defendants BYK-Chemie USA, Inc. and the Supplemental Retirement Plan of BYK-Chemie USA Inc. ("Defendants"), by their undersigned counsel, and hereby move this Honorable Court for an order allowing Defendants to submit a reply brief in support of their second motion for summary judgment in excess of the ten (10) page limit. In support of this Motion, Defendants show the Court as follows:

1. Plaintiffs' Objections to Defendants' Second Motion for Summary Judgment (Docket # 66) raises novel and complex issues, some of which were raised for the very first time in the Response.

2. To adequately and comprehensively address the supplementary issues raised by the Response, Defendants seek to file a Reply brief in Support of their Second Motion for Summary Judgment not to exceed fifteen (15) pages, exclusive of attachments and exhibits.

{N0741222}ATL01/12121528v1

WHEREFORE, premises considered, the Defendants pray that this Court will grant their motion to file a brief in support of their Motion for Summary Judgment in excess of ten (10) pages.

Respectfully submitted on January 13, 2006,

THE DEFENDANTS,

BY: _____
CHARLES F. CORCORAN, III
FOR: Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
(203) 777-5501
Federal Bar No. ct04299

Gregory C. Braden
Michael G. Monnolly
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on January 13, 2006, to:

Lawrence H. Lissitzyn, Esq., Dominic Fulco, III
Todd S. Federico, Robert B. Huff
Reid and Riege PC
One Financial Plaza
755 Main Street
Hartford, CT 06103-3185

_____
Charles F. Corcoran, III

-2-
ATL01/12121528v1