UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GILBERT E. LINDER,** | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 02-CV-1956 (JGM) |
| | : | |
| v. | : | |
| | : | |
| **BYK-CHEMIE USA INC.**, in its capacity as Plan Sponsor of the **RETIREMENT PLAN OF BYK-CHEMIE USA INC.**, and the **SUPPLEMENTAL RETIREMENT PLAN OF BYK-CHEMIE USA INC.,** | : : : : : | |
| | : | |
| Defendants. | : | January 18, 2006 |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned, Todd S. Federico, hereby moves this Court for leave to withdraw as counsel of record for the Plaintiff Gilbert E. Linder ("Plaintiff") in the above-captioned action. In support of this motion, the undersigned represents as follows:

1. The undersigned has been one of the counsel of record for the Plaintiff.

2. The undersigned will be leaving the employ of Reid and Riege, P.C. on January 27, 2006.

3. Dominic Fulco III, Esq. has an appearance on behalf of the Plaintiff and will continue to represent the Plaintiff.

4. A copy of this motion has been mailed by certified mail, return receipt requested to the Plaintiff.

**WHEREFORE**, the undersigned respectfully requests that this Court grant the undersigned's leave to withdraw his appearance as counsel for Plaintiff. Gilbert E. Linder.

16822.000/403139.1

Dated at Hartford, Connecticut this 18th day of January, 2006.

By *Todd S. Federico*
Todd S. Federico
Federal Bar No. ct25163
Reid and Riege, P.C.
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103
(860) 278-1150

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, U.S. Mail, postage prepaid, on this 18th day of January 2006 to the following counsel of record:

| Charles F. Corcoran, III, Esq.<br>Carmody & Torrance LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, Connecticut 06509-1950 | Michael G. Monnolly, Esquire<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
|---|---|

and a copy was mailed Certified Mail, Return Receipt Requested to:

Mr. Gilbert E. Linder
200 Nutmeg Place
Cheshire, CT 06410
    (Plaintiff)

*Todd S. Federico*
Todd S. Federico