UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 MAR 31  P 2: 40

GILBERT E. LINDER

v.                                    Civil No. 3:02CV1956(JGM)

BYK-CHEMIE USA, INC.

### JUDGMENT

This matter came on for consideration on the defendants' Second Motion for Summary Judgment and plaintiff's Motion for Partial Summary Judgment before the Honorable Joan G. Margolis, United States Magistrate Judge. The parties consented to trial before this United States Magistrate Judge on April 22, 2004.

The Court has reviewed all of the papers filed in conjunction with the motions and on MARCH 10, 2006, entered an Opinion granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 31st day of March, 2006.

KEVIN F. ROWE, CLERK
By

P.A. Moore
Deputy Clerk

EOD: _____