UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GILBERT E. LINDER,** : | CIVIL ACTION NO. |
| : | |
| Plaintiff, : | 02-CV-1956 (JGM) |
| : | |
| v. : | |
| : | |
| **BYK-CHEMIE USA INC.,** in its capacity as : | |
| Plan Sponsor of the RETIREMENT PLAN : | |
| OF BYK-CHEMIE USA INC., and the : | |
| SUPPLEMENTAL RETIREMENT PLAN : | |
| OF BYK-CHEMIE USA INC., : | |
| : | |
| Defendants. : | April 5, 2006 |

## NOTICE OF APPEAL

Pursuant to Rules 3(a)(1) and 4(a)(1) of the Federal Rules of Appellate Procedure, Gilbert E. Linder, the Plaintiff in the above-referenced action, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from a Judgment dated March 31, 2006 in this action in favor of Defendants BYK-Chemie USA Inc. in its capacity as Plan Sponsor of the Retirement Plan of BYK-Chemie USA Inc. and the Supplemental Retirement Plan of BYK-Chemie USA Inc. ("Defendants") pursuant to a Ruling on Defendants' Second Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment granting, in part, Defendants' summary judgment motion.

The Judgment being appealed from, a copy of which is attached, was entered on the docket of the United Stated District Court on March 31, 2006.

16822.000/408996.1

Dated at Hartford, Connecticut this 5th day of April, 2006.

                                                             **PLAINTIFF,**
                                                             **GILBERT E. LINDER**

By _____
     Dominic Fulco III
     Federal Bar No. ct06494
     Reid and Riege, P.C.
     One Financial Plaza
     755 Main Street, 21st Floor
     Hartford, CT 06103
     (860) 278-1150
     dfulco@reidandriege.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, U.S. Mail, postage prepaid, on this 5th day of April 2006 to the following counsel of record:

| | |
|---|---|
| Charles F. Corcoran, III, Esq.<br>Carmody & Torrance LLP<br>195 Church Street<br>P.O. Box 1950<br>New Haven, Connecticut 06509-1950 | Michael G. Monnolly, Esquire<br>Alston & Bird, LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |

_____
Dominic Fulco III

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GILBERT E. LINDER

2006 MAR 31  P 2: 40

v.                                Civil No. 3:02CV1956(JGM)

BYK-CHEMIE USA, INC.

## JUDGMENT

This matter came on for consideration on the defendants' Second Motion for Summary Judgment and plaintiff's Motion for Partial Summary Judgment before the Honorable Joan G. Margolis, United States Magistrate Judge. The parties consented to trial before this United States Magistrate Judge on April 22, 2004.

The Court has reviewed all of the papers filed in conjunction with the motions and on MARCH 10, 2006, entered an Opinion granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 31st day of March, 2006.

KEVIN F. ROWE, CLERK
By

P.A. Moore
Deputy Clerk

EOD: _____