MANDATE

CTDC INHCT
02-CV-1956
MARGOLIS

UNITED STATES COURT OF APPEALS
FILED
AUG 30 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| **GILBERT E. LINDER** | : **APPEAL NO. 06-1632-CV** |
| | : **DISTRICT COURT NO.: 3:02CV1956** |
| | : **Magistrate Judge:  Joan G. Margolis** |
| **v.** | : |
| | : |
| **BYK-CHEMIE USA INC., in its capacity as** | : |
| **Plan Sponsor of the RETIREMENT PLAN** | : |
| **OF BYK-CHEMIE USA INC., and the** | : **STIPULATION OF PARTIES** |
| **SUPPLEMENTAL RETIREMENT PLAN** | : **TO DISMISS APPEAL** |
| **OF BYK-CHEMIE USA INC.** | : |

The parties to this action stipulate that the appeal taken in the case by means of the notice of appeal filed by Gilbert E. Linder may be dismissed.

The parties agree and represent that:

1.    The appeal in this action was docketed in this Court on April 6, 2006.

2.    Counsel, whose signatures appear on this stipulation, have the express authority of their clients to enter into this stipulation and to dismiss the appeal in this action with prejudice.

3.    The parties agree that each party will bear its own costs and attorneys' fees.

4.    The parties agree that the appeal may be dismissed with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

CERTIFIED:
9/5/06

**PLAINTIFF-APPELLANT,**
**GILBERT E. LINDER**

**DEFENDANT-APPELLEE**
**BYK-CHEMIE USA INC., in its**
**capacity as Plan Sponsor of the**
**RETIREMENT PLAN OF BYK-**
**CHEMIE USA INC., and the**
**SUPPLEMENTAL RETIREMENT**
**PLAN OF BYK-CHEMIE USA INC.**

By _____
Dominic Fulco III (ct06494)
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
Tele: (860) 278-1150
Fax: (860) 240-1002
dfulco@reidandriege.com

By _____
Michael G. Monnolly
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tele: (404) 881-7000
Fax: (404) 253-8755
mmonnolly@alston.com

SO ORDERED

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Aug. 30, 2006

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

2

18831.000/298754.1